IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

# NOTICE OF AVAILABILITY OF COURT-ANNEXED MEDIATION

Please be advised that this case is eligible for alternative dispute resolution through mediation pursuant to Local Civil Rule 53.3.[1]

Subject to approval by the presiding judge, parties interested in using mediation to resolve their case will select one of the Court's approved mediators and coordinate with their chosen mediator to select a date for the mediation to take place.

Additional information about the mediation program and a list of the mediators who have been approved by the Board of Judges are available on the Court website.[2]

GEORGE WYLESOL
Clerk of Court

[1] https://www.paed.uscourts.gov/sites/paed/files/documents/locrules/civil/cvrules.pdf

[2] https://www.paed.uscourts.gov/mediation