**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., Plaintiff, v. KRSM INC. AND SYED KAZMI, Defendant. | : | Civil Case No.:26-6072 |

**TEMPORARY RESTRAINING ORDER**

This 20th day of August, 2026, upon consideration of Plaintiff's Emergency Motion for Preliminary Injunction, and the Affidavit of George Kounalakis and all annexed exhibits, it is hereby **ORDERED** that:

1. Defendant KRSM INC. shall appear and show cause, if it can, why Plaintiff's Motion for Preliminary Injunction should not be **GRANTED**.

2. A Hearing on Plaintiff's Motion shall take place on the **27th day of August, 2026, at 10:00 a.m.** in Courtroom 9B of the James A. Byrne United States Courthouse, located at 601 Market Street, Philadelphia, Pennsylvania.

3. Personal service of a copy of this Order, along with Plaintiff's Motion and supporting documents, shall be made upon Defendants on or before the 21st day of August, 2026, and counsel for Plaintiff shall forward this Order and its supporting motion to putative counsel for Defendants.

4. Plaintiff shall immediately post bond in the amount of $100,000.00.

5. Defendant shall file a written Response to Plaintiff's Motion on or before the

25th day of August, 2026. Plaintiff may file a written Reply in further support on or before the 26th day of August, 2026.

6. Pending the hearing on this matter, Defendants are temporarily ENJOINED and RESTRAINED from transferring, encumbering, dissipating, or otherwise disposing of any assets in the following account:

- Bank Name: M&T Bank
- Bank Address: 1817 Street Road, Bensalem, Pennsylvania
- Account Holder: KRSM INC
- Account Number: 9882227805

7. Pending the hearing on this matter, M&T Bank shall freeze Defendant's M&T Bank Account, number 9882227805, and not permit withdrawals or transaction until further Order of this Court.

/s/ Gerald A. McHugh, Jr.
United States District Judge