**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MANSFIELD OIL COMPANY
OF GAINESVILLE, INC.
Plaintiff

v.

KRSM INC. AND SYED KAZMI
Defendant

Civil Case No.:26-6072

## AFFIDAVIT OF SERVICE

I, Diane Riggs, affirm that I am a competent person over the age of 18 and am not a party to this action.

On August 21, 2026, at 9:11 a.m., at 1817 Street Road, Bensalem, PA 19020, I served M&T Bank with the following document: Temporary Restraining Order, by personally delivering a copy thereof to Christian Curtean, Associate Banker, Authorized to Accept.

The approximate description of the person served is as follows: Caucasian male, approximately 30 years old, 130 pounds, 5'6", with brown hair and brown eyes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2026.

Diane Riggs

Diane Riggs
Process Server