Civil Action No. 26-6072

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* SYED KAZMI
was received by me on *(date)* 8-21-2026 .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: On August 21, 2026 at 12:30 p.m., I left a copy of the summons and complaint at the individual defendant's usual place of business with Preet Singh, who identified himself as the manager and person in charge at the time of service

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 08-21-2026

Peter Cerruto
*Server's signature*

Peter Cerruto- Process Server
*Printed name and title*

103 Godwin Avenue, Midland Park, NJ 07432
*Server's address*

Additional information regarding attempted service, etc: