**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., Plaintiff, | : |
| v. | : Civil Case No.:2:26-cv-06072-GAM |
| KRSM INC. AND SYED KAZMI, Defendant. | : |

**ORDER TO SHOW CAUSE**

AND NOW, this ___day of August, 2026, upon consideration of Plaintiff's Second Emergency Motion for Preliminary Injunction, it is hereby ORDERED that:

1. Defendant, KRSM INC., shall appear and show cause, if any there be, why Plaintiff's Second Motion for Temporary Restraining Order and Preliminary Injunction should not be GRANTED.

2. A Hearing on Plaintiff's Motion shall take place on the ___ day of ___________, 2026, at ______ a.m./p.m. in Courtroom _____ of the James A. Byrne U.S. Courthouse, located at 601 Market Street, Philadelphia, Pennsylvania.

3. Service of a copy of this Order, along with Plaintiff's Motion and supporting documents, shall be made upon Defendant on or before the ___ day of _________, 2026 via personal service and overnight mail on Defendants.

4. Defendant shall file a written Response to Plaintiff's Motion on or before the ___ day of August, 2026.

5. Plaintiff may file a written Reply in further support on or before the ___ day of

________, 2026.

6. Pending the hearing on this matter, Defendant is temporarily ENJOINED and RESTRAINED from transferring, encumbering, dissipating, or otherwise disposing of any assets in any account associated with, or owned or controlled by KRSM, Inc. or Syed Kazmi held with M&T Bank, with a local branch address of 1817 Street Road, Bensalem, Pennsylvania

7. Pending the hearing on this matter, M&T Bank shall immediately freeze any all accounts controlled or partially controlled by the Defendants.

BY THE COURT:

_____________________________________ J.