**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., Plaintiff, v. KRSM INC. AND SYED KAZMI, Defendant. | Civil Case No.: 2:26-cv-06072-GAM |

ATTORNEY AFFIRMATION OF SERVICE BY ELECTRONIC MAIL

Urs Broderick Furrer, being duly admitted to practice before this Court and being an attorney of record in the above-captioned matter, hereby affirms that the following is true:

1. I am an attorney for Plaintiff Mansfield Oil Company of Gainesville, Inc.;

2. On August 21, 2026, I caused to be served a true and accurate copy of the Summons and Complaint, and all supporting papers, along with the motion for temporary restraining order and preliminary injunction and all supporting papers, and this Court's Order granting the temporary restraining order via e-mail service on George Gossett, Jr. at legal@upssites.com; and

3. I have received no notification of non-delivery or failure of transmission.

I declare under penalty of false statement that the foregoing is true and correct to the best of my knowledge and belief. I further say that I understand that this document may be filed in an action or proceeding in a court of law.

/s/ *Urs Broderick Furrer*
**URS BRODERICK FURRER, ESQ.**