Civil Action No. 26-6072

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* KRSM, INC.
was received by me on *(date)* 8-21-2026 .

☐ I personally served the summons on the individual at *(place)* ________________ on *(date)* ________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☑ I served the summons, complaint; Motion for TRO; Court Order to Preet Singh- Manager- Authorized to Accept Service , who is designated by law to accept service of process on behalf of *(name of organization)* KRSM, INC on *(date)* 8-21-2026 ; or

☐ I returned the summons unexecuted because ________________ ; or

☐ Other *(specify)*: ________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 08-21-2026

Peter Cerruto
*Server's signature*

Peter Cerruto- Process Server
*Printed name and title*

103 Godwin Avenue, Midland Park, NJ 07432
*Server's address*

Additional information regarding attempted service, etc: