Civil Action No. 26-6072

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* SYED KAZMI

was received by me on *(date)* 8-21-2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ ____________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: On August 21, 2026 at 12:30 p.m., I left a copy of the summons, complaint, Motion for TRO; Court Order at the individual defendant's usual place of business with Preet Singh, who identified himself as the manager and person in charge at the time of service. Preet Singh confirmed he was authorized to accept documents on behalf of Syed Kazmi.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 08-21-2026

Peter Cerruto

*Server's signature*

Peter Cerruto- Process Server

*Printed name and title*

103 Godwin Avenue, Midland Park, NJ 07432

*Server's address*

Additional information regarding attempted service, etc: