**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KRSM INC. and SYED KAZMI,<br><br>Defendants. | Civil Action No. 2:26-cv-06072-GAM |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Frederick P. Santarelli on behalf of Plaintiff, Mansfield Oil Company of Gainesville, Inc., in the above-captioned matter.

Dated: August 25, 2026

Respectfully submitted,

*/s/ Frederick P. Santarelli*

FREDERICK P. SANTARELLI
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
215.977.1000 (phone)
fps@elliottgreenleaf.com
*Counsel for Plaintiff*
*Mansfield Oil Company of*
*Gainesville, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing is being served on all counsel of record *via* the Court's electronic filing system, and via First Class U.S. Mail on the following:

**Defendants**

KRSM Inc.
Syed Kazmi
1601 Princeton Avenue
Lawrenceville, NJ 08648

*/s/ Frederick P. Santarelli*
FREDERICK P. SANTARELLI

Dated: August 25, 2026