**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., Plaintiff, v. KRSM INC. and SYED KAZMI, Defendants. | : | Civil Action No. 2:26-cv-06072-GAM |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Kyle M. Elliott, Esquire on behalf of Plaintiff Mansfield Oil Company of Gainesville, Inc. in the above-captioned matter.

Respectfully submitted,

Dated: August 25, 2026

/s/ Kyle M. Elliott

KYLE M. ELLIOTT
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
215.977.1000 (phone)
kme@elliottgreenleaf.com

*Counsel for Plaintiff Mansfield Oil Company of Gainesville, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record *via* the Court's electronic filing system, and via First Class U.S. Mail on the following:

**Defendants**

KRSM Inc.
Syed Kazmi
1601 Princeton Avenue
Lawrenceville, NJ 08648

/s/ Kyle M. Elliott
KYLE M. ELLIOTT

Dated: August 25, 2026