**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MANSFIELD OIL COMPANY
OF GAINESVILLE, INC.,

Plaintiff,

Civil Action No. 2:26-cv-06072-GAM

v.

KRSM INC. and SYED KAZMI,

Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of George S. Gossett, Jr., Esquire, as counsel of record for Defendants KRSM Inc. and Syed Kazmi in the above-captioned action. All notices, orders, pleadings and other papers should be directed to the undersigned at the address and email below.

Respectfully submitted,

/s/ George S. Gossett, Jr.
George S. Gossett, Jr., Esquire
Pa. Bar No. 82983
LAW OFFICE OF GEORGE GOSSETT, JR.
408 Green Lane, Suite 201
Philadelphia, Pennsylvania 19128
(267) 846-8963
legal@upssites.com

Counsel for Defendants KRSM Inc. and Syed Kazmi

Dated: August 25, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MANSFIELD OIL COMPANY
OF GAINESVILLE, INC.,

Plaintiff, Civil Action No. 2:26-cv-06072-GAM

v.

KRSM INC. and SYED KAZMI,

Defendants.

**CERTIFICATE OF SERVICE**

I certify that on the date set forth below I caused a true and correct copy of the foregoing Notice of Appearance, together with the proposed order and all supporting papers, to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and to be served by electronic mail upon:

Urs Broderick Furrer, Esquire
HARRITON & FURRER, LLP
83 Wooster Heights Road, Suite 125
Danbury, Connecticut 06810
UBFurrer@HFLawLLP.com
Attorneys for Plaintiff

Dated: August 25, 2026

Respectfully submitted,

**/s/ George S. Gossett, Jr.**
George S. Gossett, Jr., Esquire
Pa. Bar No. 82983
LAW OFFICE OF GEORGE GOSSETT, JR.
408 Green Lane, Suite 201
Philadelphia, Pennsylvania 19128

(267) 846-8963
legal@upssites.com

Counsel for Defendants KRSM Inc.
and Syed Kazmi