# EXHIBIT 1

Exchange with the Fiscal Department of the Clerk of Court, August 21, 2026

**Electronic mail message, rendered from the original .eml export**

| | |
|---|---|
| **From** | Fiscal <Fiscal@paed.uscourts.gov> |
| **To** | Legal Dept <legal@upssites.com> |
| **Subject** | Re: Case 2:26-cv-06072-GAM — Rule 65(c) Security Ordered at ECF No. 10 |
| **Date** | Fri, 21 Aug 2026 19:34:20 +0000 |
| **Message-ID** | <MN2PR09MB5497B14A8FE0793E4AF97FE68CA32@MN2PR09MB5497.namprd09.prod.outlook.com> |

No, they have not.

---

From: Legal Dept <legal@upssites.com>
Sent: Friday, 21 August 2026 15:33:25
To: Fiscal <Fiscal@paed.uscourts.gov>
Subject: Re: Case 2:26-cv-06072-GAM — Rule 65(c) Security Ordered at ECF No. 10

CAUTION - EXTERNAL:

Just to confirm, they have not posted the bond as of right now.

Thank you

On Fri, Aug 21, 2026 at 3:28 PM Fiscal
<Fiscal@paed.uscourts.gov<mailto:Fiscal@paed.uscourts.gov>> wrote:
Good afternoon,

Once the bond has been received and processed, a docket entry will be posted. Thank you.

---

From: Legal Dept <legal@upssites.com<mailto:legal@upssites.com>>
Sent: Friday, August 21, 2026 2:05 PM
To: PAED_ clerksoffice
<PAED_clerksoffice@paed.uscourts.gov<mailto:PAED_clerksoffice@paed.uscourts.gov>>; Fiscal
<Fiscal@paed.uscourts.gov<mailto:Fiscal@paed.uscourts.gov>>; Vincent Alia
<Vincent_Alia@paed.uscourts.gov<mailto:Vincent_Alia@paed.uscourts.gov>>
Subject: Case 2:26-cv-06072-GAM — Rule 65(c) Security Ordered at ECF No. 10

CAUTION - EXTERNAL:

Good afternoon,

Please confirm whether Plaintiff has posted the $100,000 security required by paragraph 4 of ECF

No. 10. If so, please advise, to the extent available from the Court's records: (1) amount; (2) form of security; (3) precise date and time tendered/received; (4) precise date and time accepted or approved, if different; (5) any docket, receipt, registry, or transaction number reflecting the security; and (6) whether the security remains on deposit with the Court.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Authentication-Results (from message headers):** mx.google.com; dkim=pass header.i=@paed.uscourts.gov header.s=selector1 header.b=HupWsgZb; arc=pass (i=1 spf=pass spfdomain=paed.uscourts.gov dkim=pass dkdomain=paed.uscourts.gov dmarc=pass fromdomain=paed.uscourts.gov); spf=pass (google.com: domain of fiscal@paed.uscourts.gov designates 2a01:111:f403:c110::5 as permitted sender) smtp.mailfrom=Fiscal@paed.uscourts.gov; dmarc=pass (p=NONE sp=NONE dis=NONE) header.from=paed.uscourts.gov