# EXHIBIT 2

Email from Urs Broderick Furrer, Esq., August 21, 2026, 8:42 a.m.

**Electronic mail message, rendered from the original .eml export**

| | |
|---|---|
| **From** | Urs Broderick Furrer <UBFurrer@hflawllp.com> |
| **To** | "legal@upssites.com" <legal@upssites.com> |
| **Cc** | "Jeffrey S. McGregor" <jsmcgregor@hflawllp.com>, Joan Plouffe <Jplouffe@hflawllp.com> |
| **Subject** | Mansfield Oil vs. KRSM, et al. |
| **Date** | Fri, 21 Aug 2026 12:42:58 +0000 |
| **Message-ID** | <A4ACCB57-EE3B-488C-8C4B-B191FBD0DF09@hflawllp.com> |

Good morning,

Please see the attached. Please note that that the Court’s TRO was served on M&T Bank yesterday.
Very truly yours,
Urs Broderick Furrer, Esq.
HARRITON & FURRER, LLP
(914) 730-3400 · (914) 589-7351 (mobile) · (914) 730-3405 (facsimile)
http://www.hflawllp.com/
https://www.linkedin.com/in/ursbroderickfurrer

PLEASE USE CONNECTICUT ADDRESS FOR ALL MAILINGS · BOTH OFFICES BY APPOINTMENT ONLY

CONNECTICUT ADDRESS:
83 Wooster Heights Road, Suite 125
Danbury, Connecticut 06810

NEW YORK ADDRESS:
1 Manhattanville Road
Building 1, Suite 104
Purchase, New York 10577

[cid:image001.jpg@01D91F64.E6995760]

---

THE INFORMATION IN THIS ELECTRONIC MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) AND/OR ENTITY(IES) NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE ON NOTICE THAT ANY UNAUTHORIZED DISCLOSURE, COPYING, DISTRIBUTION, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THE ELECTRONICALLY TRANSMITTED MATERIALS IS PROHIBITED AND MAY BE UNLAWFUL. IF YOU ARE NOT AN INTENDED RECIPIENT, PLEASE DELETE THIS E-MAIL, INCLUDING ATTACHMENTS, AND NOTIFY ME BY RETURN MAIL, E-MAIL OR AT (914) 730-3400.

[cid:16%253aX%253aRgAAAACMMxhbQFUESbs%252b4CKekIN8BwCNJYlTA0%252fNTokm%252fLOhy3MpAAAAAAEPAACNJYlTA0%252fNTokm%252fI

---

**Attachments to this message:**
26-6072 Mansfield Oil v. KRSM Order ECF 10.pdf (application/pdf)
Civil Cover Sheet Signed.pdf (application/pdf)
Corporate Disclosure Statement Form.pdf (application/pdf)
Designation Form.pdf (application/pdf)
Disclosure of Corporate Affiliations.pdf (application/pdf)
Filed Complaint.08.19.26.pdf (application/pdf)
Filed Motion for TRO and Preliminary Injunction.pdf (application/pdf)
Plaintiff's 7.1 Disclosure.pdf (application/pdf)
Summons.pdf (application/pdf)

---

**Note:** The nine attachments to this message were the court papers filed at ECF Nos. 1 through 11 and are not reproduced here.

---

**Authentication-Results (from message headers):** mx.google.com; dkim=pass header.i=@hflawllp.com header.s=selector1 header.b=TVV2KBqe; arc=pass (i=1 spf=pass spfdomain=hflawllp.com dkim=pass dkdomain=hflawllp.com dmarc=pass fromdomain=hflawllp.com); spf=pass (google.com: domain of ubfurrer@hflawllp.com designates 2a01:111:f403:c112::5 as permitted sender) smtp.mailfrom=UBFurrer@hflawllp.com