# EXHIBIT 5

Civil docket as retrieved from PACER on August 22, 2026

Civil docket for Case No. 2:26-cv-06072-GAM as retrieved from PACER on August 22, 2026 at 11:20 a.m. (PACER transaction receipt at foot), reflecting ECF Nos. 12 through 15 entered August 21, 2026.

CM/ECF Query Reports Utilities Help Log Out

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:26-cv-06072-GAM**

Mansfield Oil Company of Gainesville, Inc. v. KRSM Inc. et al
Assigned to: DISTRICT JUDGE GERALD A. MCHUGH
Demand: $3,990,000
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 08/19/2026
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
**Mansfield Oil Company of Gainesville, Inc.**

represented by **URS B. FURRER**
Harriton & Furrer, LLP
83 Wooster Heights Road
Suite 125
Danbury, CT 06896
914-730-3400
Email: ubfurrer@hflawllp.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**KRSM Inc.**

**Defendant**
**Syed Kazmi**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2026 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number APAEDC-19564805.), filed by Mansfield Oil Company of Gainesville, Inc..(FURRER, URS) (Entered: 08/19/2026) |
| 08/19/2026 | 2 | First MOTION for Preliminary Injunction filed by Mansfield Oil Company of Gainesville, Inc..Motion with Affidavit and Exhibits. (Attachments: # 1 Text of Proposed Order)(FURRER, URS) (Entered: 08/19/2026) |
| 08/19/2026 | 3 | Disclosure by Mansfield Oil Company of Gainesville, Inc..(FURRER, URS) (Entered: 08/19/2026) |
| 08/19/2026 | 4 | Disclosure Statement Form pursuant to FRCP 7.1 by Mansfield Oil Company of Gainesville, Inc..(FURRER, URS) (Entered: 08/19/2026) |
| 08/19/2026 | 5 | Disclosure by Mansfield Oil Company of Gainesville, Inc..(FURRER, URS) (Entered: 08/19/2026) |
| 08/20/2026 | | Attorneys are required by local rule to complete and file both a Civil Cover Sheet and a Designation Form. PLAINTIFF's counsel is directed to file CIVIL COVER SHEET and DESIGNATION FORM in this case using the Notice (Other) docket event located in the Notices category. CIVIL COVER SHEET is not signed. The statement certifying if the case is related was not answered on the DESIGNATION FORM. (sbt) (Entered: 08/20/2026) |
| 08/20/2026 | 6 | Opt In Notice of Procedure to Consent to Random Magistrate Judge Assignment (Attachments: # 1 Consent)(sbt) (Entered: 08/20/2026) |
| 08/20/2026 | 7 | Notice re: Availability of Court-Annexed Mediation (sbt) (Entered: 08/20/2026) |
| 08/20/2026 | 8 | NOTICE by Mansfield Oil Company of Gainesville, Inc. (FURRER, URS) (Entered: 08/20/2026) |
| 08/20/2026 | 9 | NOTICE by Mansfield Oil Company of Gainesville, Inc. (FURRER, URS) (Entered: 08/20/2026) |
| 08/20/2026 | 10 | TEMPORARY RESTRAINING ORDER: DEFENDANT KRSM INC. SHALL APPEAR AND SHOW CAUSE, IF IT CAN, WHY PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED. A HEARING ON PLAINTIFF'S MOTION SHALL TAKE PLACE ON THE 27TH DAY OF AUGUST, 2026, AT 10:00 A.M. IN COURTROOM 9B OF THE JAMES A. BYRNE UNITED STATES COURTHOUSE, LOCATED AT 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA. PERSONAL SERVICE OF A COPY OF THIS ORDER, ALONG WITH PLAINTIFFS MOTION AND SUPPORTING DOCUMENTS, SHALL BE MADE UPON DEFENDANTS ON OR BEFORE THE 21ST DAY OF AUGUST, 2026, AND COUNSEL FOR PLAINTIFF SHALL FORWARD THIS ORDER AND ITS SUPPORTING MOTION TO PUTATIVE COUNSEL FOR DEFENDANTS. PLAINTIFF SHALL IMMEDIATELY POST BOND IN THE AMOUNT OF $100,000.00. DEFENDANT SHALL FILE A WRITTEN RESPONSE TO PLAINTIFFS MOTION ON OR BEFORE THE 25TH DAY OF AUGUST, 2026. PLAINTIFF MAY FILE A WRITTEN REPLY IN FURTHER SUPPORT ON OR BEFORE THE 26TH DAY OF AUGUST, 2026. PENDING THE HEARING ON THIS MATTER, DEFENDANTS ARE TEMPORARILY ENJOINED AND RESTRAINED FROM TRANSFERRING, ENCUMBERING, DISSIPATING, OR OTHERWISE DISPOSING OF ANY ASSETS IN THE FOLLOWING ACCOUNT HEREIN, ETC.. SIGNED BY DISTRICT JUDGE GERALD A. MCHUGH ON 8/20/26. 8/20/26 ENTERED AND COPIES E-MAILED.(va) (Entered: 08/20/2026) |
| 08/20/2026 | 11 | Summons Issued as to KRSM Inc., Syed Kazmi. Forwarded To: Plaintiff's Counsel on 8/20/26 (va) (Entered: 08/20/2026) |
| 08/21/2026 | 12 | TRO Bond BOND in the amount of $ 100,000 with Hanover Insurance Company as surety posted by Mansfield Oil Company of Gainesville, Inc.. (FURRER, URS) (Entered: 08/21/2026) |
| 08/21/2026 | 13 | AFFIDAVIT of Service by Process Server Corp. re: served TRO upon Christian Curtean, Associate Banker by Personal on August 21, 2026 (FURRER, URS) (Entered: 08/21/2026) |
| 08/21/2026 | 14 | AFFIDAVIT of Service by Process Server Corp. re: served Summons, Complaint, Motion for TRO, Exhibits and Order upon Preet Singh, Manager KRSM by Personal on August 21, 2026 (FU |
| 08/21/2026 | 15 | AFFIDAVIT of Service by Process Server Corp. re: served Summons, Complaint, Motion for TRO, Exhibits and Order upon Preet Singh, Manager KRSM by Other- left with manager of KRSM |

[PACER transaction receipt redacted]