# EXHIBIT A

Group text message exchange of August 6-7, 2026

Group text message exchange of August 6-7, 2026, as it appears on Mr. Kazmi's mobile device.

