# EXHIBIT B

Email of August 17, 2026, 2:46 p.m. ("Copies of Letters")

Email of August 17, 2026, 2:46 p.m., from Mr. Kazmi, subject “Copies of Letters,” as it appears in the sending account. The image is cropped below the message body; attachment previews are not reproduced. The full message is available on request.


Gmail
in:sent
Active
Google
Mail
Chat
Meet
Compose
Inbox 101,749
Starred
Snoozed
Sent
Drafts 616
Categories
Purchases 670
More
Labels
Blueowl leases
15 of 8,472

Copies of Letters

Kazmi . <sk@upssites.com>
to Bethany, mfmjr
Mon, Aug 17, 2:46 PM (4 days ago)

Hi Beth and Michael,

Please see the attached letters, which our counsel forwarded to your legal department. I am happy to discuss this further once you have had a chance to review them. Feel free to call me if you have any questions.

Thank you,