# EXHIBIT C

Mobile telephone call history, August 17, 2026

Call history from Mr. Kazmi's mobile device. The entries for Monday, August 17 show the incoming calls of 2:53 p.m. (4 minutes 1 second) and 4:06 p.m. (6 minutes 56 seconds).



Outgoing call/Mobile

5:03 PM
Outgoing call/Mobile

5:03 PM
Outgoing call/Mobile/0 mins 13 sec

5:02 PM
Outgoing call/Mobile

5:00 PM
Unread voicemail/Mobile/0 mins 1 sec

5:00 PM
Unread voicemail/Mobile/0 mins 1 sec

4:59 PM
Unread voicemail/Mobile/0 mins 2 sec

4:59 PM
Unread voicemail/Mobile/0 mins 2 sec

4:47 PM
Incoming call/Mobile/14 mins 22 sec

4:46 PM
Incoming call/Mobile/0 sec