# EXHIBIT D

Account record: payment to Mansfield Oil, July 30, 2026

## Account Record: Payment to Mansfield Oil, July 30, 2026

Extract from the transaction records of the M&T Bank account ending in 7805, limited to the entry referencing Plaintiff.

| Date | Description | Type | Amount ($) |
|---|---|---|---:|
| 07/30/2026 | MANSFIELD OIL PAYMENTS 1859743 | Debit | 26,880.00 |

Prepared from the business records of KRSM Inc. and certified by the Declaration of Syed Kazmi to which this extract is attached.