# EXHIBIT E

Reconciliation of Plaintiff's stated balances

## Reconciliation of Plaintiff's Stated Balances

The 151 invoices enclosed with Plaintiff's July 29, 2026 demand package, listed by invoice number. Shaded rows are the second occurrence of an invoice number that appears twice in the package.

| Invoice no. | Invoice date | Delivery date | Amount due ($) |
|---|---|---|---:|
| 28132964 | 07/10/2026 | 05/21/2026 | 32,905.69 |
| 28133196 | 07/10/2026 | 05/22/2026 | 25,320.16 |
| **28133196 (duplicate)** | **07/10/2026** | **05/22/2026** | **25,320.16** |
| 28133733 | 07/10/2026 | 05/22/2026 | 23,377.74 |
| 28133735 | 07/10/2026 | 05/22/2026 | 24,490.75 |
| 28133738 | 07/10/2026 | 07/07/2026 | 30,002.49 |
| 28133740 | 07/10/2026 | 07/07/2026 | 9,087.35 |
| 28133744 | 07/10/2026 | 07/06/2026 | 28,942.99 |
| 28133747 | 07/10/2026 | 07/06/2026 | 28,949.80 |
| 28133749 | 07/10/2026 | 07/06/2026 | 25,908.43 |
| 28133752 | 07/10/2026 | 07/05/2026 | 28,942.99 |
| 28133755 | 07/10/2026 | 07/05/2026 | 28,942.99 |
| 28133794 | 07/10/2026 | 07/03/2026 | 20,660.59 |
| **28133794 (duplicate)** | **07/10/2026** | **07/03/2026** | **20,660.59** |
| 28133795 | 07/10/2026 | 05/23/2026 | 15,507.67 |
| 28133833 | 07/10/2026 | 05/23/2026 | 28,367.68 |
| 28133848 | 07/10/2026 | 05/23/2026 | 32,150.04 |
| 28133875 | 07/10/2026 | 05/23/2026 | 4,071.86 |
| 28133882 | 07/10/2026 | 05/22/2026 | 31,640.89 |
| 28133904 | 07/10/2026 | 05/22/2026 | 31,939.39 |
| 28133920 | 07/10/2026 | 07/06/2026 | 27,247.27 |
| 28133922 | 07/10/2026 | 05/23/2026 | 23,361.88 |
| 28133928 | 07/10/2026 | 05/23/2026 | 32,729.04 |
| 28133930 | 07/10/2026 | 05/23/2026 | 32,439.54 |
| 28133937 | 07/10/2026 | 07/01/2026 | 29,110.28 |
| 28133938 | 07/10/2026 | 07/01/2026 | 25,822.93 |
| 28133950 | 07/10/2026 | 05/23/2026 | 23,828.85 |
| 28133951 | 07/10/2026 | 05/23/2026 | 33,340.76 |
| 28133960 | 07/10/2026 | 06/22/2026 | 28,409.19 |
| 28133961 | 07/10/2026 | 06/29/2026 | 28,279.14 |
| 28133967 | 07/10/2026 | 07/01/2026 | 29,215.99 |
| 28133974 | 07/10/2026 | 07/03/2026 | 22,136.28 |
| **28133974 (duplicate)** | **07/10/2026** | **07/03/2026** | **22,136.28** |
| 28133975 | 07/10/2026 | 07/03/2026 | 29,313.49 |
| 28133980 | 07/10/2026 | 06/22/2026 | 28,405.84 |
| 28133981 | 07/10/2026 | 07/02/2026 | 29,190.30 |
| 28133982 | 07/10/2026 | 07/02/2026 | 20,607.34 |
| 28133989 | 07/10/2026 | 06/30/2026 | 22,721.85 |

| | | | |
|---|---|---|---|
| 28133990 | 07/10/2026 | 07/01/2026 | 22,090.57 |
| 28134000 | 07/10/2026 | 06/27/2026 | 28,282.46 |
| 28134001 | 07/10/2026 | 06/28/2026 | 28,321.45 |
| 28134002 | 07/10/2026 | 05/24/2026 | 30,548.36 |
| 28134006 | 07/10/2026 | 06/29/2026 | 28,272.48 |
| 28134007 | 07/10/2026 | 06/30/2026 | 23,958.45 |
| 28134011 | 07/10/2026 | 06/25/2026 | 20,506.00 |
| 28134012 | 07/10/2026 | 06/25/2026 | 27,614.44 |
| 28134013 | 07/10/2026 | 07/04/2026 | 29,310.09 |
| 28134020 | 07/10/2026 | 06/29/2026 | 27,281.05 |
| 28134021 | 07/10/2026 | 06/29/2026 | 28,279.14 |
| 28134022 | 07/10/2026 | 07/05/2026 | 29,310.09 |
| 28134030 | 07/10/2026 | 07/04/2026 | 21,481.86 |
| 28134040 | 07/10/2026 | 06/25/2026 | 23,719.17 |
| 28134041 | 07/10/2026 | 07/01/2026 | 7,528.58 |
| 28134054 | 07/10/2026 | 06/25/2026 | 27,286.32 |
| 28134270 | 07/10/2026 | 05/24/2026 | 28,657.18 |
| 28134283 | 07/10/2026 | 05/24/2026 | 17,310.11 |
| 28134284 | 07/10/2026 | 05/24/2026 | 32,150.04 |
| 28134300 | 07/10/2026 | 05/24/2026 | 24,585.32 |
| 28134304 | 07/10/2026 | 05/24/2026 | 32,153.82 |
| 28134308 | 07/10/2026 | 05/24/2026 | 32,439.54 |
| 28134314 | 07/10/2026 | 05/25/2026 | 32,150.04 |
| 28134317 | 07/10/2026 | 05/28/2026 | 29,379.89 |
| 28134320 | 07/10/2026 | 05/25/2026 | 32,150.04 |
| 28134321 | 07/10/2026 | 05/27/2026 | 30,321.04 |
| 28134322 | 07/10/2026 | 05/27/2026 | 30,165.98 |
| 28134326 | 07/10/2026 | 05/24/2026 | 32,150.04 |
| 28134332 | 07/10/2026 | 05/25/2026 | 32,150.04 |
| 28134334 | 07/10/2026 | 05/27/2026 | 30,468.99 |
| 28134336 | 07/10/2026 | 05/24/2026 | 32,439.54 |
| 28134337 | 07/10/2026 | 05/28/2026 | 29,629.49 |
| 28134343 | 07/10/2026 | 05/27/2026 | 30,472.54 |
| 28134345 | 07/10/2026 | 05/28/2026 | 29,598.29 |
| 28134352 | 07/10/2026 | 05/25/2026 | 24,874.83 |
| 28134354 | 07/10/2026 | 05/28/2026 | 29,379.89 |
| 28134355 | 07/10/2026 | 05/24/2026 | 31,683.07 |
| 28134356 | 07/10/2026 | 05/28/2026 | 29,691.89 |
| 28134359 | 07/10/2026 | 05/27/2026 | 30,169.54 |
| 28134360 | 07/10/2026 | 05/25/2026 | 28,190.21 |
| 28134363 | 07/10/2026 | 05/27/2026 | 30,779.10 |
| 28134369 | 07/10/2026 | 05/31/2026 | 29,755.39 |
| 28134370 | 07/10/2026 | 05/31/2026 | 29,200.89 |
| 28134374 | 07/10/2026 | 05/31/2026 | 29,193.79 |
| 28134375 | 07/10/2026 | 05/31/2026 | 28,885.18 |
| **28134375 (duplicate)** | **07/10/2026** | **05/31/2026** | **28,885.18** |

| | | | |
|---|---|---|---|
| 28134381 | 07/10/2026 | 05/29/2026 | 21,485.84 |
| 28134382 | 07/10/2026 | 05/30/2026 | 29,193.79 |
| 28134388 | 07/10/2026 | 06/01/2026 | 28,881.79 |
| 28134392 | 07/10/2026 | 05/31/2026 | 29,193.79 |
| 28134397 | 07/10/2026 | 05/31/2026 | 18,292.86 |
| 28134398 | 07/10/2026 | 05/31/2026 | 29,658.39 |
| 28134408 | 07/10/2026 | 05/31/2026 | 13,965.83 |
| 28134409 | 07/10/2026 | 05/31/2026 | 28,881.79 |
| 28134413 | 07/10/2026 | 05/28/2026 | 29,847.89 |
| 28134424 | 07/10/2026 | 05/29/2026 | 29,741.89 |
| 28134427 | 07/10/2026 | 05/31/2026 | 28,881.79 |
| 28134429 | 07/10/2026 | 05/28/2026 | 29,691.89 |
| 28134430 | 07/10/2026 | 05/28/2026 | 24,507.20 |
| 28134431 | 07/10/2026 | 05/31/2026 | 28,878.39 |
| 28134437 | 07/10/2026 | 05/28/2026 | 29,691.89 |
| 28134438 | 07/10/2026 | 05/31/2026 | 29,193.79 |
| 28134446 | 07/10/2026 | 05/30/2026 | 28,881.79 |
| 28134452 | 07/10/2026 | 05/29/2026 | 23,085.13 |
| 28134461 | 07/10/2026 | 06/02/2026 | 17,199.79 |
| 28134462 | 07/10/2026 | 06/02/2026 | 25,111.69 |
| 28134473 | 07/10/2026 | 06/01/2026 | 29,186.99 |
| 28134480 | 07/10/2026 | 06/01/2026 | 28,885.18 |
| 28134481 | 07/10/2026 | 06/01/2026 | 28,881.79 |
| 28134482 | 07/10/2026 | 06/03/2026 | 7,602.92 |
| 28134490 | 07/10/2026 | 06/01/2026 | 29,356.59 |
| 28134494 | 07/10/2026 | 06/02/2026 | 29,458.04 |
| 28134495 | 07/10/2026 | 06/08/2026 | 21,199.86 |
| 28134502 | 07/10/2026 | 06/02/2026 | 29,714.52 |
| 28134503 | 07/10/2026 | 06/02/2026 | 21,263.75 |
| 28134509 | 07/10/2026 | 06/01/2026 | 29,200.59 |
| 28134510 | 07/10/2026 | 06/01/2026 | 28,885.18 |
| 28134511 | 07/10/2026 | 06/09/2026 | 29,125.34 |
| 28134514 | 07/10/2026 | 06/02/2026 | 29,395.64 |
| 28134519 | 07/10/2026 | 06/01/2026 | 24,804.36 |
| 28134520 | 07/10/2026 | 06/01/2026 | 29,193.79 |
| 28134521 | 07/10/2026 | 06/08/2026 | 28,602.99 |
| 28134525 | 07/10/2026 | 06/01/2026 | 29,193.79 |
| 28134536 | 07/10/2026 | 06/01/2026 | 28,881.79 |
| 28134537 | 07/10/2026 | 06/09/2026 | 29,125.34 |
| 28134539 | 07/10/2026 | 06/01/2026 | 28,881.79 |
| 28134540 | 07/10/2026 | 06/08/2026 | 28,944.19 |
| 28134542 | 07/10/2026 | 06/01/2026 | 25,144.15 |
| 28134543 | 07/10/2026 | 06/01/2026 | 28,542.00 |
| 28134545 | 07/10/2026 | 06/10/2026 | 20,695.96 |
| 28134546 | 07/10/2026 | 06/11/2026 | 25,662.43 |
| 28134547 | 07/10/2026 | 06/19/2026 | 10,026.77 |

| | | | |
|---|---|---|---|
| 28134548 | 07/10/2026 | 06/19/2026 | 28,409.19 |
| 28134549 | 07/10/2026 | 06/09/2026 | 25,745.76 |
| 28134550 | 07/10/2026 | 06/18/2026 | 28,058.69 |
| 28134552 | 07/10/2026 | 06/10/2026 | 28,885.44 |
| 28134553 | 07/10/2026 | 06/14/2026 | 25,332.81 |
| 28134554 | 07/10/2026 | 06/20/2026 | 23,392.46 |
| 28134555 | 07/10/2026 | 06/14/2026 | 29,039.84 |
| 28134557 | 07/10/2026 | 06/10/2026 | 28,388.48 |
| 28134558 | 07/10/2026 | 06/11/2026 | 29,589.14 |
| 28134560 | 07/10/2026 | 06/11/2026 | 29,420.79 |
| 28134561 | 07/10/2026 | 06/20/2026 | 28,757.19 |
| 28134562 | 07/10/2026 | 06/11/2026 | 25,999.13 |
| 28134564 | 07/10/2026 | 06/10/2026 | 28,718.12 |
| 28134565 | 07/10/2026 | 06/11/2026 | 25,669.28 |
| 28134567 | 07/10/2026 | 06/11/2026 | 29,420.79 |
| 28134569 | 07/10/2026 | 06/10/2026 | 15,028.76 |
| 28134571 | 07/10/2026 | 06/10/2026 | 28,373.49 |
| 28134572 | 07/10/2026 | 06/21/2026 | 28,757.19 |
| 28134573 | 07/10/2026 | 06/10/2026 | 26,704.46 |
| 28134574 | 07/10/2026 | 06/21/2026 | 28,760.88 |
| 28134575 | 07/10/2026 | 06/10/2026 | 10,347.98 |

**Reconciliation.**
Sum of the 151 invoices enclosed with the July 29 demand: **$4,035,260.72**
Invoice numbers appearing twice: 28133196, 28133794, 28133974, 28134375; one copy of each totals **$97,002.21**
Net of the four duplicates (147 unique invoices): **$3,938,258.51**
Sum demanded in the Complaint: **$3,998,868.46**
Invoices included in the Complaint's exhibits that appear nowhere in the July 29 package: 28152018, 28152054, 28152095, totaling **$60,609.95**
$3,938,258.51 + $60,609.95 = **$3,998,868.46**. Each of the 147 unique invoices in the July 29 package is identical, to the cent, to its counterpart in the Complaint's exhibits.

Prepared from Plaintiff's July 29, 2026 demand package and the exhibits to the Complaint, and certified by the Declaration of Syed Kazmi to which this schedule is attached.