# EXHIBIT F

Signature page of the "Affidavit of George Kounalakis" as filed

Signature page of the "Affidavit of George Kounalakis" as filed with Plaintiff's motion, ECF No. 2.



shall be paid to Mansfield via EFT within ten (10) days following Purchaser's [KRSM's] receipt of invoice, with interest thereafter accruing at the rate of 1.5% per month on any unpaid balance)."

17. Mansfield submitted draft requests to KRSM's account on July 27, 2026 and July 28, 2026 and Mansfield's bank advised on July 28, 2026 that KRSM had refused the drafts.

18. During multiple phone calls with Mansfield personnel from July 27-August 10, 2026, Kazmi stated that KRSM would pay for all fuel that KRSM received from Mansfield.

19. As of August 17, 2026, Mansfield has not received any payment for the referenced 150 loads of fuel that KRSM purchased from Mansfield at the Twin Oaks Terminal.

20. KRSM has not made any payments to Mansfield for the fuel and, as a result thereof, KRSM owes Mansfield the sum of $3,998,868.46

Dated: August 18 2026
Gainesville, Georgia

George Kounalakis