**TONER LAW GROUP, PLLC**
By: Paul J. Toner, Esquire (Atty. I.D. 94185)
Michael P. McIlhinney, Esquire (Atty. I.D. 93246)
Kilian Teschko, Esquire (Atty I.D. 332358)
Three Logan Square
1717 Arch Street, Suite 1415
Philadelphia, PA 19103
Ph. 215.282.8525
E. paul@tonerlaw.com
E. kilian@tonerlaw.com *Attorneys for Defendants KRSM Inc. and Syed Kazmi*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., Plaintiff, | : | Civil Action No. 2:26-cv-06072-GAM |
| v. | : | |
| KRSM INC. and SYED KAZMI Defendants. | : | |

**NOTICE OF APPEARANCE AS CO-COUNSEL**

TO THE CLERK OF COURT:

Kindly enter the appearance of Paul J. Toner, Esquire and Kilian C. Teschko, Esquire, as counsel for Defendants KRSM, Inc. and Syed Kazmi in the above-captioned action.

**TONER LAW GROUP PLLC**

*/s/ Paul J. Toner*
By: PAUL J. TONER, ESQ.
*Attorney for Defendants KRSM Inc. and Syed Kazmi*

Date: August 26, 2026