**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., Plaintiff, v. KRSM INC. and SYED KAZMI, Defendants. | Civil Action No. 2:26-cv-06072-GAM |

**SUPPLEMENTAL DECLARATION OF GEORGE KOUNALAKIS**

I, George Kounalakis, declare as follows:

1. I am Vice-President of Sales of Plaintiff Mansfield Oil Company of Gainesville, Inc. ("Mansfield"). I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to them.

2. I have reviewed the Verified Complaint filed in this action on August 19, 2026 (ECF No. 1) and my affidavit dated August 18, 2026, submitted with Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2, Ex. B). The factual statements in each are true and correct and I adopt and verify them under penalty of perjury as if set forth in full herein. In particular, paragraphs 49 and 51 of the complaint are a true representation of the facts of this matter, prior to Defendants presenting Mansfield with a Litigation Position Letter.

3. On its January 25, 2022 Commercial Credit Application, KRSM Inc. ("KRSM") identified as its bank the M&T Bank account at 1817 Street Road, Bensalem, Pennsylvania that is the subject of the Court's August 20, 2026 Order. On or about January 25, 2022, KRSM executed Mansfield's Electronic Funds Transfer Authorization (ECF No. 16, Ex. A), designating that

account, in KRSM's name, as the account from which Mansfield was authorized to draft payment of KRSM's obligations. Mansfield extended credit to KRSM in reliance on those designations.

4. Between May 21, 2026 and July 7, 2026, KRSM lifted approximately 150 loads of fuel, totaling 1,124,594 gallons, from Mansfield's account at the Sunoco LP/Energy Transfer terminal in Aston/Twin Oaks, Pennsylvania. KRSM's business was to purchase fuel for resale to its customers and to stations sharing common ownership with KRSM. Upon information and belief based on KRSM's past business practices, the proceeds of KRSM's resale of fuel was deposited into the designated M&T Bank account, which KRSM used to receive its fuel-sale receipts and to pay its fuel-related obligations, including a July 30, 2026 payment of $26,880.00 to Mansfield from that account for a different fuel product that is *not* the subject of this lawsuit nor the unpaid invoices. (Internal communication confirming the draft of July 30, 2026 is attached as Exhibit 1).

5. On July 17, 2026, Mansfield sent KRSM revised invoices and advised that, barring further discrepancies or disagreements, Mansfield would draft KRSM's account beginning July 27, 2026. Between July 17 and July 27, 2026, KRSM raised no objection to the revised invoices. Mansfield submitted draft requests to KRSM's account on July 27 and July 28, 2026; on July 28, 2026, Mansfield's bank advised that KRSM had refused the drafts. In multiple telephone calls with Mansfield personnel between July 27 and August 10, 2026, Syed Kazmi stated that KRSM would pay for all fuel that KRSM received from Mansfield.

6. The total amount due for the fuel described above is $3,998,868.46. A reconciliation of the figures referenced in Defendants' opposition, prepared from Mansfield's records, is attached as Exhibit 2, and I certify its accuracy. In summary: (a) the invoice package enclosed with Mansfield's July 29, 2026 demand letter totaled $4,035,260.72 because four invoices (Nos. 28133196, 28133794, 28133974, and 28134375, one copy of each totaling $97,002.21) were

inadvertently included twice in the assembly of that package; each second copy is identical to the first, and payment of the duplicated amounts was never demanded or accepted; (b) the net of those duplicates, the 147 unique invoices total $3,938,258.51, and each invoice is identical, to its counterpart in the exhibits attached to the Complaint; (c) the Complaint's total additionally includes three invoices, Nos. 28152018, 28152054, and 28152095, totaling $60,609.95, for deliveries within the May 21 – July 7, 2026 period that were billed separately; $3,938,258.51 plus $60,609.95 provides the $3,998,868.46 figure contained in the complaint; (d) the schedule I circulated on July 23, 2026 totaled $4,025,748.46 because it reflected all amounts then outstanding, including $26,880.00 for separate purchases not in dispute, which KRSM paid on July 30, 2026 and which are not included in the Complaint; $4,025,748.46 less the subsequently paid $26,880.00 provides the same $3,998,868.46 figure as contained in the complaint; and (e) the figure of $3,973,665.31 stated in the body of the July 29, 2026 letter was unfortunately a clerical error which understated the reconciled balance by $25,203.15; the invoices enclosed with the letter, not the cover figure, state the actual account. The underlying deliveries — the loads lifted, the gallons, and the agreed per-gallon pricing — are the same in every instance.

7. As of the date of this declaration, KRSM has paid Mansfield nothing for the 150 loads of fuel described above, and owes Mansfield $3,998,868.46, exclusive of interest and collection costs.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Philadelphia, Pennsylvania
August 26, 2026

George Kounalakis

# EXHIBIT 1

**From:** Erica Johnstone
**To:** Emily Shirley; Ashley Jones; George Kounalakis
**Cc:** Zach Harrell; Bethany Schultz; Markie Foscaldi; Ted Guthrie; John Byrd; Karen Hill; Steven E. Brown; Michelle Kelly; Zach Wall; Donna Brunton; Cindy Martin
**Subject:** RE: 1000466 : KRSM INC -
**Date:** Monday, August 3, 2026 9:00:45 AM
**Attachments:** image001.png
image002.png
image003.png
image005.png
image006.png
image007.png
image008.png
image009.png
image010.png

---

Good morning,
$ 26,880.00 was drafted on 7/30/26 and has cleared.
Total balance = $ 3,998,868.46

Syed (KRSM Owner) is communicating with Bethany and Bradd. We are expecting to receive information this morning by 9am on his review of all of the invoices and will know next steps.

---

**From:** Erica Johnstone
**Sent:** Wednesday, July 29, 2026 11:34 AM
**To:** Emily Shirley <EShirley@mansfieldoil.com>; Ashley Jones <AshJones@mansfieldoil.com>; George Kounalakis <GKounalakis@mansfieldoil.com>
**Cc:** Zach Harrell <ZHarrell@mansfieldoil.com>; Bethany Schultz <bschultz@mansfieldoil.com>; Markie Foscaldi <MFoscaldi@mansfieldoil.com>; Ted Guthrie <TGuthrie@mansfieldoil.com>; John Byrd <JByrd@mansfieldoil.com>; Karen Hill <kahill@mansfieldoil.com>; Steven E. Brown <sebrown@mansfieldoil.com>; Michelle Kelly <MKelly@mansfieldoil.com>; Zach Wall <zwall@mansfieldoil.com>; Donna Brunton <dbrunton@mansfieldoil.com>; Cindy Martin <CMartin@mansfieldoil.com>
**Subject:** RE: 1000466 : KRSM INC -

Adding Donna and Cindy.
There is a legal meeting today at 3pm est.
More to come.

We also expect the 3rd draft below to return.

| Row Labels | Sum of Balance |
|---|---|
| 7/27/2026 | $ 835,914.91 |
| 7/28/2026 | $ 783,853.93 |
| 7/29/2026 | $ 809,372.88 |

---

**From:** Erica Johnstone
**Sent:** Wednesday, July 29, 2026 7:10 AM
**To:** Emily Shirley <EShirley@mansfieldoil.com>; Ashley Jones <AshJones@mansfieldoil.com>; George Kounalakis <GKounalakis@mansfieldoil.com>
**Cc:** Zach Harrell <ZHarrell@mansfieldoil.com>; Bethany Schultz <bschultz@mansfieldoil.com>; Markie Foscaldi <MFoscaldi@mansfieldoil.com>; Ted Guthrie <TGuthrie@mansfieldoil.com>; John Byrd <JByrd@mansfieldoil.com>; Karen Hill <kahill@mansfieldoil.com>; Steven E. Brown <sebrown@mansfieldoil.com>; Michelle Kelly <MKelly@mansfieldoil.com>; Zach Wall <zwall@mansfieldoil.com>
**Subject:** RE: 1000466 : KRSM INC -

# EXHIBIT 2

**Reconciliation of Stated Balances**

*Mansfield Oil Company of Gainesville, Inc. — KRSM Inc. account, deliveries May 21 – July 7, 2026*

**A. The amount pleaded in the Complaint**

| | |
|---|---|
| 1.Invoice package enclosed with the July 29, 2026 demand letter, as transmitted (151 invoice pages) | $4,035,260.72 |
| 2. Less: four invoices inadvertently included *twice* in the assembly of that package — Nos. 28133196, 28133794, 28133974, 28134375 (each second copy identical to the first; one copy of each) | (97,002.21) |
| 3. Unique invoices in the July 29 package (147 invoices) | $3,938,258.51 |
| 4. Plus: three invoices for deliveries within the May 21 – July 7, 2026 period, billed under invoice Nos. 28152018, 28152054, and 28152095 and included in the exhibits to the Complaint. These three loads were lifted by a carrier that differed from KRSM's usual haulers. These were not billed until after confirmation that they were lifted for KRSM. | 60,609.95 |
| **5. Total due for the deliveries at issue — the amount pleaded (P. 50)** | **$3,998,868.46** |

Each of the 147 unique invoices in the July 29 package is identical, to the cent, to its counterpart in the Complaint's exhibits — as Defendants' own analysis concedes. ECF No. 26-13 at 5. The underlying account — the loads, gallons, and per-gallon pricing — has never changed.

**B. The July 23, 2026 schedule**

| | |
|---|---|
| 1. Total per schedule circulated July 23, 2026 (all amounts then outstanding) | $4,025,748.46 |
| 2. Less: separate purchases not in dispute, then outstanding, which KRSM paid by bank draft on July 30, 2026 (see Kazmi Decl. P. 11–12 & Ex. D) and which are not included in the Complaint | (26,880.00) |
| **3. Balance attributable to the deliveries at issue — identical to A.5. above** | **$3,998,868.46** |

**C. The figure stated in the July 29, 2026 demand letter**

| | |
|---|---|
| 1. Amount stated in the body of the July 29, 2026 letter | $3,973,665.31 |
| 2. Reconciled balance (line A.5) | $3,998,868.46 |
| 3. Understatement in the letter | $(25,203.15) |

The demand letter contained an unfortunate clerical error, which understated the total amount that was contained in the attached invoices. It should be noted that the letter *understated* the reconciled balance: KRSM was asked to pay less than the amount due). The enclosed invoices, *not* the cover letter, are the proper documents that state the account. At no time was payment of the duplicated amounts demanded or accepted.