IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC.<br>Plaintiff<br>v.<br>KRSM INC. AND SYED KAZMI,<br>Defendants | :<br>:<br>:<br>:<br>:<br>: | Case Number: 2:26-cv-06072-GAM |

ORDER

AND NOW, this 27th day of August 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add Mauro G. Tucci Jr., Esquire as counsel for KRSM Inc. and Syed Kazmi. Mauro G. Tucci Jr. is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

/s/ Gerald Austin McHugh
GERALD A. MCHUGH, U.S.D.J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:26-cv-06072-GAM

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I. MOVANT'S STATEMENT

I, Mauro G. Tucci Jr. the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent KRSM Inc. and Syed Kazmi. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

*A. I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| New Jersey | 12/08/2006 | 035822006 |
| New York | 12/09/2009 | 4763165 |
| | | |

*B. I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| District of New Jersey | 12/29/2006 | N/A |
| Southern District of New York | 05/07/2010 | N/A |
| Eastern District of New York | 05/13/2010 | N/A |
| Third Circuit Court of Appeals | 01/30/2017 | N/A |
| Fourth Circuit Court of Appeals | 10/11/2024 | N/A |
| U.S. Supreme Court | 02/25/2025 | N/A |

*C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* Defendants, KRSM Inc. and Syed Kazmi

*Name of Attorney:* Mauro G. Tucci Jr.

*Firm Address:* Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Roseland, NJ 07068

*Telephone Number:* 973-530-2088

*Email Address:* mtucci@csglaw.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 8-26-2026
*(Date)*

*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Mauro G. Tucci Jr. to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Paul J. Toner, Esquire | | | 94185 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Toner Law Group, PLLC, One Penn Square West, 30 S 15th Street, Suite 1601, Philadelphia, PA 19102

paul@tonerlaw.com

215-282-8525

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* August, 26, 2026
*(Date)*

*(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

MANSFIELD OIL COMPANY OF GAINESVILLE, INC., Plaintiff,
v.
KRSM INC. AND SYED KAZMI, Defendants.

Case Number: 2:26-cv-06072-GAM

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Mauro G. Tucci, Jr., Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

Urs Broderick Furrer, Esq.
HARRITON & FURRER, LLP
83 Wooster Heights Road, Suite 125
Danbury, Connecticut 06810
P: (914) 730-3400
F: (914) 730-3405
UBFurrer@HFLawLLP.com

Frederick P. Santarelli, Esq.
ELLIOTT GREENLEAF, P.C.
UNION MEETING CORPORATE
CENTER V, SUITE 300
925 HARVEST DRIVE, Suite 300
P.O. BOX 3010
BLUE BELL, PA 19422
P: 215-977-1024
F: 215-977-1099
fps@elliottgreenleaf.com

KYLE M. ELLIOTT
Elliott Greenleaf PC
925 Harvest Drive
P.O. Box 3010
Blue Bell, PA 19422
P: 215-977-1043
F: 215-977-1099
kme@elliottgreenleaf.com

Attorneys for Plaintiff

(Signature of Attorney)

Paul J. Toner
(Name of Attorney)

Attorney for Defendants KRSM Inc. and Syed Kazmi
(Name of Moving Party)

August 26, 2026
(Date)