**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MANSFIELD OIL COMPANY OF GAINESVILLE, INC.** | : | |
| **v.** | : | **CIVIL ACTION No. 26-6072** |
| **KRSM INC., *et al.*** | : | |

**ORDER**

This 28th day of August, 2026, for the reasons stated in open court, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Vacate the Temporary Restraining Order, ECF 26, is **GRANTED.** The Temporary Restraining Order imposed by this Court's Order of August 20th, 2026, ECF 10, is **VACATED.**

2. Plaintiff's Motions for Preliminary Injunction, ECF 2 & ECF 16, are **GRANTED in part.** Defendants shall maintain a balance of at least $2,750,000 in the M&T bank account identified in the Electronic Transfer Agreement between the parties with an account number ending in 7805. At any balance at or below $2,750,000, neither Defendants nor any other party may request, and M&T Bank shall refuse to permit, any withdrawals, transfers, or drafts upon that account, except as ordered by this Court.

/s/ Gerald Austin McHugh
United States District Judge