**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., | : | Civil Action No. 2:26-cv-06072-GAM |
| Plaintiff, | : | |
| v. | : | |
| KRSM INC. and SYED KAZMI, | : | |
| Defendants. | : | |

**DECLARATION OF URS BRODERICK FURRER IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE (28 U.S.C. § 1746)**

I, Urs Broderick Furrer, declare as follows:

1. I am a member of Harriton & Furrer, LLP, counsel for Plaintiff, and am admitted to practice before this Court. I have personal knowledge of the facts stated herein.

2. *The Order.* Attached as Exhibit A is a true and correct copy of the Court's Order of August 28, 2026 (ECF No.35]). The Order was announced in open court on August 28, 2026 in the presence of Defendants' counsel, Paul Toner, Esq. and Mauro Tucci, Esq., and docketed the following day.

3. *Service on M&T Bank.* On August 28, 2026, I caused the Order to be served on M&T Bank by personal service on Cristian Curtean, Associate Banker who is authorized to accept service at M&T Bank, 1817 Street Road, Bensalem, Pennsylvania. Attached as Exhibit B is proof of service.

4. *The balance.* On August 31 2006, M&T Bank advised me in writing that the balance of the account ending in 7805 as of September 1, 2026, was $589,513.68. Attached as Exhibit C is a true and correct copy of that written confirmation is attached hereto as Exhibit C.

5. *No deposits; no relief sought by Defendants.* Defendant Kazmi is KRSM's president and the person who controls its accounts. To my knowledge, based on the bank's confirmation, Defendants have made no deposit to the account since August 28, 2026, have not moved to modify, clarify, or stay the Order, and have not posted a supersedeas bond. The docket reflects no such filing as of the date of this declaration.

6. *Demand.* On September 1, 2026 at 8:16 AM, I wrote to Defendants' counsel identifying the shortfall and requesting that Defendants restore the balance to $2,750,000 by 2:00 PM on September 1, 2026. A true and correct copy of that correspondence is attached as Exhibit D. Despite a deadline to respond being set at 2pm, Defendants sent the following response at 5:13pm:

> "We disagree with your reading of the Order. The Order does not direct Defendants to deposit funds into the account. It restrains withdrawals. It provides that "[a]t any balance at or below $2,750,000, neither Defendants nor any other party may request, and M&T Bank shall refuse to permit, any withdrawals, transfers, or drafts upon that account, except as ordered by this Court." Defendants are complying with that restraint. No withdrawal, transfer, or draft has been or will be requested in violation of it. In addition, the order has been appealed."

7. *Fees and costs.* Harriton & Furrer, LLP has incurred, and will incur through the show-cause hearing, attorneys' fees and costs in seeking compliance with the Order. I will submit contemporaneous time records in support of any compensatory award at or after the hearing, as the Court directs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2026, at Danbury, Connecticut.

*/s/ Urs Broderick Furrer*
Urs Broderick Furrer