**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY<br>OF GAINESVILLE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KRSM INC. and SYED KAZMI,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br>Civil Action No. 2:26-cv-06072-GAM |

**INDEX OF EXHIBITS TO THE DECLARATION OF URS BRODERICK FURRER IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE (28 U.S.C. § 1746)**

| | |
|---|---|
| Exhibit A: | Order of the Court dated August 28, 2026 |
| Exhibit B: | Service of Order on M&T Bank |
| Exhibit C: | Response from M&T Bank re: Restraining Order |
| Exhibit D: | Correspondence to Defense Counsel (September 1, 2026) |