# EXHIBIT B

**From:** Joan Plouffe
**To:** Sanchez, Fabiola
**Cc:** Araujo, Christian; Urs Broderick Furrer; Jeffrey S. McGregor
**Subject:** RE: Bank response - Restraining Order
**Date:** Friday, August 28, 2026 2:15:00 PM
**Attachments:** image001.jpg
image002.jpg
image003.gif
26-6072 Mansfield v. KRSM Order Vacating TRO and Granting PI.pdf

---

Good afternoon Fabiola,

Attached please find the order issued by the Court today. Please acknowledge receipt.

Thank you!

Joan

**Joan Plouffe**
**Paralegal**
**HARRITON & FURRER, LLP**
(914) 730-3400 · (914) 730-3405 (facsimile)

**PLEASE USE CONNECTICUT ADDRESS FOR ALL MAILINGS · BOTH OFFICES BY APPOINTMENT ONLY**

**CONNECTICUT ADDRESS:**
83 Wooster Heights Road, Suite 125
Danbury, Connecticut 06810

**NEW YORK ADDRESS:**
1 Manhattanville Road
Building 1, Suite 104
Purchase, New York 10577

THE INFORMATION IN THIS ELECTRONIC MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) AND/OR ENTITY(IES) NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE ON NOTICE THAT ANY UNAUTHORIZED DISCLOSURE, COPYING, DISTRIBUTION, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THE ELECTRONICALLY TRANSMITTED MATERIALS IS PROHIBITED AND MAY BE UNLAWFUL. IF YOU ARE NOT AN INTENDED RECIPIENT, PLEASE DELETE THIS E-MAIL, INCLUDING ATTACHMENTS, AND NOTIFY ME BY RETURN MAIL, E-MAIL OR AT (914) 730-3400.