# EXHIBIT C

| | |
|---|---|
| **From:** | Sanchez, Fabiola |
| **To:** | Joan Plouffe |
| **Cc:** | Urs Broderick Furrer; Jeffrey S. McGregor |
| **Subject:** | RE: Bank response - Restraining Order |
| **Date:** | Tuesday, September 1, 2026 8:39:14 AM |
| **Attachments:** | image002.png<br>image003.jpg<br>image004.png<br>image005.jpg<br>image006.gif |

**[External Email]**

Good morning,

The balance has not changed.

Thank you,

**Fabiola Sanchez**
Legal Document Processing Analyst
M&T Bank | Banking Services
850 Main St, Bridgeport, CT 06604
(716) 635-0210 Ext 5910 |fsanchez@mtb.com