# EXHIBIT D

**From:** Urs Broderick Furrer <UBFurrer@hflawllp.com>
**Date:** September 1, 2026 at 8:16:43 AM CDT
**To:** Paul Toner <paul@tonerlaw.com>, Mauro Tucci <mtucci@csglaw.com>
**Cc:** Fred Santarelli <fpsantarelli@elliottgreenleaf.com>, "Kyle M. Elliott" <kme@elliottgreenleaf.com>, "Jeffrey S. McGregor" <jsmcgregor@hflawllp.com>
**Subject: Mansfield v KRSM**

Good morning, gentlemen,

As you know, the court’s Order, a copy of which is attached, requires the Defendants to maintain a balance of $2,750,000 at all times. According to M&T Bank, KRSM has not added the additional money to reach the required amount.

Please be advised that if the additional money is not added by 2:00 p.m. today, plaintiff will move for the appropriate relief.

I await your immediate advices.

All rights reserved.

Very truly yours,

Urs Broderick Furrer, Esq.
**HARRITON & FURRER, LLP**
(914) 730-3400 · (914) 589-7351 (mobile) · (914) 730-3405(facsimile)
http://www.hflawllp.com/
https://www.linkedin.com/in/ursbroderickfurrer

**PLEASE USE CONNECTICUT ADDRESS FOR ALL MAILINGS · BOTH OFFICES BY APPOINTMENT ONLY**

**CONNECTICUT ADDRESS:**
83 Wooster Heights Rd., Ste.125
Danbury, Connecticut 06810

**NEW YORK ADDRESS:**
1 Manhattanville Road
Building 1, Suite 104
Purchase, NY 10577

---

THE INFORMATION IN THIS ELECTRONIC MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) AND/OR ENTITY(IES) NAMED ABOVE. IF YOU ARE

NOT THE INTENDED RECIPIENT, YOU ARE ON NOTICE THAT ANY UNAUTHORIZED DISCLOSURE, COPYING, DISTRIBUTION, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THE ELECTRONICALLY TRANSMITTED MATERIALS IS PROHIBITED AND MAY BE UNLAWFUL. IF YOU ARE NOT AN INTENDED RECIPIENT, PLEASE DELETE THIS E-MAIL, INCLUDING ATTACHMENTS, AND NOTIFY ME BY RETURN MAIL, E-MAIL OR AT (914) 730-3400.