**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., | : | Civil Action No. 2:26-cv-06072-GAM |
| Plaintiff, | : | |
| v. | : | |
| KRSM INC. and SYED KAZMI, | : | |
| Defendants. | : | |

**PROPOSED ORDER TO SHOW CAUSE**

Upon consideration of Plaintiff's Motion for an order directing Defendants KRSM Inc. and Syed Kazmi to show cause why they should not be held in civil contempt for failing to comply with this Court's Order of August 28, 2026, and for coercive and compensatory sanctions, any response thereto, and all matters of record including the record at the August 28, 2026 hearing, it is hereby ORDERED that.

1. Defendants shall deposit into the M&T Bank account, within three (3) business days, such sum as is necessary to bring the balance to $2,750,000 in compliance with this Court's August 28, 2026 Order;
2. Defendants are fined $1,000 per day, payable to the Court, for each day of continued noncompliance after that date, escalating as the Court deems necessary;
3. Defendants shall file, within five (5) business days, a sworn statement accounting for and identifying every withdrawal, transfer, draft and deposit relating to the M&T Bank account since May 21, 2026 (including identification of the name and address of the individual(s) authorizing or making all such deposits and/or withdrawals from the M&T Bank account);

4. Mansfield is awarded its reasonable attorneys' fees and costs incurred in securing compliance, and shall submit a verified statement of such fees and costs for the Court's consideration as the specific amount to be paid by Defendants;

5. If and to the extent KRSM has not yet received payment from its customers for the Mansfield fuel it lifted (as KRSM's principal Mr. Syed Kazmi suggested at the hearing, stating he had not yet invoiced his customers because he was waiting to confirm accuracy of Mansfield's invoices), then all payments received by KRSM on account of the fuel it lifted from Mansfield shall be deposited into the M&T Bank account;

6. The Court hereby modifies the preliminary injunction under Fed. R. Civ. P. 65, to extend the restraint to such other accounts at any institution, held by or for the benefit of either Defendant or any entity under their control, until the M&T Bank account is fully funded up to the $2,750,000 previously ordered by this Court;

7. Defendants shall provide the same accounting as required by paragraph 3 above, for every other bank account, at any institution, held by or for the benefit of either Defendant or any entity under their control, with balances;

BY THE COURT:

__________________________________
Gerald A. McHugh, J.