**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., Plaintiff, v. KRSM INC. and SYED KAZMI, Defendants. | : | Civil Action No. 2:26-cv-06072-GAM |

**PLAINTIFF MANSFIELD OIL COMPANY OF GAINESVILLE, INC.'S**
**MOTION FOR LEAVE TO CONDUCT DISCOVERY**

Plaintiff Mansfield Oil Company of Gainesville, Inc. ("Plaintiff" or "Mansfield") hereby moves pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure for an order permitting the parties to conduct discovery. As set forth more fully in the accompanying brief in support, which is incorporated herein by reference, and for good cause shown, Plaintiff respectfully requests that the Court grant this Motion.

Respectfully submitted,

Dated: September 3, 2026

HARRITON & FURRER, LLP

*/s/ Urs Broderick Furrer*
URS BRODERICK FURRER, ESQ.
Attorneys for Plaintiff
83 Wooster Heights Road, Suite 125
Danbury, Connecticut 06810
(914) 730-3400
UBFurrer@HFLawLLP.com
PA Bar # 312832

*/s/ Frederick P. Santarelli*
FREDERICK P. SANTARELLI
KYLE M. ELLIOTT
ELLIOTT GREENLEAF, P.C.

925 Harvest Drive, Suite 300
Blue Bell, PA 19422
215.977.1000 (phone)
FPSantarelli@elliottgreenleaf.com
kme@elliottgreenleaf.com

*Counsel for Plaintiff Mansfield Oil Company of Gainesville, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

*/s/ Urs Broderick Furrer*
URS BRODERICK FURRER, ESQ.

Dated: September 3, 2026