**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., | : | Civil Action No. 2:26-cv-06072-GAM |
| Plaintiff, | : | |
| v. | : | |
| KRSM INC. and SYED KAZMI, | : | |
| Defendants. | : | |

**ORDER**

This ____ day of September, 2026, upon consideration of Plaintiff Mansfield Oil Company of Gainesville, Inc.'s ("Plaintiff" or "Mansfield") Motion for Discovery, and any response thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Discovery, ECF No. ___, is **GRANTED**.
2. Plaintiff is permitted to immediately commence discovery.

______________________________
United States District Judge
Gerald Austin McHugh