**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY<br>OF GAINESVILLE, INC., | : | Civil Action No. 2:26-cv-06072-GAM |
| Plaintiff, | : | |
| v. | : | |
| KRSM INC. and SYED KAZMI, | : | |
| Defendants. | : | |

**<u>INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR DISCOVERY</u>**

| | |
|---|---|
| Exhibit A: | September 2, 2026, Counsel Correspondence |
| Exhibit B: | KRSM's 2023 Consolidated Financial Statement |
| Exhibit C: | Electronic Funds Transfer (EFT) Authorization Agreement |