# EXHIBIT A

**From:** Fred Santarelli
**Sent:** Wednesday, September 2, 2026 7:18 PM
**To:** Paul Toner; Mauro Tucci; George Gossett
**Cc:** Kyle M. Elliott; Jeffrey S. McGregor; Urs Broderick Furrer
**Subject:** RE: Mansfield v KRSM

Paul—

We want to start discovery as soon as possible -- consistent with Judge McHugh's policies and procedures that the parties not wait for a Rule 16 Court conference in order to commence discovery. Having already gone through the hearing and exchange of papers in which both sides were able to detail their respective claims and defenses, I see no reason to delay getting started with discovery now and moving this case along expeditiously. I see no harm or prejudice to either side.

To the extent Rule 26 says we should first do a Rule 26 conference between counsel (unless the Court permits otherwise), we hereby ask that defendants consent to our requesting Judge McHugh to permit commencement of discovery now, without the delays of counsel scheduling and going through a Rule 26 conference. Of course, in the meantime, we can set a date for us to have a Rule 26 conference to discuss a general overall discovery plan.

Would you please advise me by noon tomorrow whether you consent to our making this request/motion to Judge McHugh -- before we file the motion? If you have any objections or concerns about it, by all means let's talk about them now. Again, I see no harm or prejudice to getting this started now, especially where we are all further along due to having gone through the hearing last week.

Please be advised, if we do not agree to commence discovery, we intend to file a motion requesting leave to do so. Please let me know by noon tomorrow. Thanks.

Best regards,

Fred

Elliott Greenleaf
**Frederick P. Santarelli**
**President**

Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, Pennsylvania 19422

Direct Dial: 215-977-1024
Telecopier: 215-977-1099
E-mail: FPSantarelli@elliottgreenleaf.com
Firm Website: www.elliottgreenleaf.com

---

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, may constitute attorney work product that is legally protected from any disclosure to unintended recipients, and is intended only for the use of the intended recipient. Unauthorized use, disclosure or copying is strictly prohibited and may be unlawful. If you have received this communication in error or are not the intended recipient, please notify us immediately at (215) 977-1024.

**From:** Paul Toner <paul@tonerlaw.com>
**Sent:** Tuesday, September 01, 2026 5:08 PM
**To:** Urs Broderick Furrer <UBFurrer@hflawllp.com>; Mauro Tucci <mtucci@csglaw.com>
**Cc:** Fred Santarelli <fpsantarelli@elliottgreenleaf.com>; Kyle M. Elliott <kme@elliottgreenleaf.com>; Jeffrey S. McGregor <jsmcgregor@hflawllp.com>
**Subject:** Re: Mansfield v KRSM

Mr. Furrer -

We disagree with your reading of the Order. The Order does not direct Defendants to deposit funds into the account. It restrains withdrawals. It provides that "[a]t any balance at or below $2,750,000, neither Defendants nor any other party may request, and M&T Bank shall refuse to permit, any withdrawals, transfers, or drafts upon that account, except as ordered by this Court." Defendants are complying with that restraint. No withdrawal, transfer, or draft has been or will be requested in violation of it. In addition, the order has been appealed.

Paul J. Toner, Esq.

TONER

Toner Law Group, PLLC
One Penn Square West
30 South 15th Street, Suite 1601
Philadelphia, PA 19102
Ph. 215.282.8525 E. paul@tonerlaw.com W. tonerlaw.com

***PLEASE NOTE OUR NEW ADDRESS***

***************************IMPORTANT NOTICES***************************

**PROTECTED COMMUNICATION:**
This electronic mail may contain information that is privileged, confidential or otherwise protected from disclosure to anyone other than its intended recipient. Any dissemination or use of this electronic mail or its content by persons other than the intended recipient is strictly prohibited. If you have received this message in error, please notify us immediately by reply email so that we may correct our internal records, and then please delete the original message.

**URGENT OR TIME SENSITIVE MATTERS**:
If your email requires an immediate response and you have not received a response within twelve (12) hours, please text 610.331.5221 to confirm receipt.

**IRS CIRCULAR 230 DISCLOSURE**:
Pursuant to requirements imposed by the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of avoiding penalties imposed under the United States Internal Revenue Code or promoting, marketing or recommending to another person any tax-related matter. Please contact us if you wish to have formal written advice on this matter.

**From:** Urs Broderick Furrer <UBFurrer@hflawllp.com>
**Sent:** Tuesday, September 1, 2026 9:16 AM
**To:** Paul Toner <paul@tonerlaw.com>; Mauro Tucci <mtucci@csglaw.com>
**Cc:** Fred Santarelli <fpsantarelli@elliottgreenleaf.com>; Kyle M. Elliott <kme@elliottgreenleaf.com>; Jeffrey S. McGregor <jsmcgregor@hflawllp.com>
**Subject:** Mansfield v KRSM

You don't often get email from ubfurrer@hflawllp.com. Learn why this is important

Good morning, gentlemen,

As you know, the court's Order, a copy of which is attached, requires the Defendants to maintain a balance of $2,750,000 at all times. According to M&T Bank, KRSM has not added the additional money to reach the required amount.

Please be advised that if the additional money is not added by 2:00 p.m. today, plaintiff will move for the appropriate relief.

I await your immediate advices.

All rights reserved.

Very truly yours,

Urs Broderick Furrer, Esq.
**HARRITON & FURRER, LLP**
(914) 730-3400 · (914) 589-7351 (mobile) · (914) 730-3405(facsimile)
http://www.hflawllp.com/
https://www.linkedin.com/in/ursbroderickfurrer

**PLEASE USE CONNECTICUT ADDRESS FOR ALL MAILINGS · BOTH OFFICES BY APPOINTMENT ONLY**

**CONNECTICUT ADDRESS:**
83 Wooster Heights Rd., Ste.125
Danbury, Connecticut 06810

**NEW YORK ADDRESS:**
1 Manhattanville Road
Building 1, Suite 104
Purchase, NY 10577

THE INFORMATION IN THIS ELECTRONIC MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) AND/OR ENTITY(IES) NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE ON NOTICE THAT ANY UNAUTHORIZED DISCLOSURE, COPYING, DISTRIBUTION, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THE ELECTRONICALLY TRANSMITTED MATERIALS IS PROHIBITED AND MAY BE UNLAWFUL. IF YOU ARE NOT AN INTENDED RECIPIENT, PLEASE DELETE THIS E-MAIL, INCLUDING ATTACHMENTS, AND NOTIFY ME BY RETURN MAIL, E-MAIL OR AT (914) 730-3400.