# EXHIBIT B

# 2023 Consolidated Financial Statement

## Annual

## December 2023




AUDITED BY
ANDYSHAWCPA

KRSM INC

# KRSM INC
# BALANCE SHEET
12/15/2023

## *ASSETS*

### CURRENT ASSETS

| | |
|---|---|
| Cash: | $30,900,730.00 |
| Accounts Receivable: | $2,430,583.00 |
| Inventory: | $14,634,587.00 |
| Prepaid Expenses: | |
| Notes Receivable: | |
| Other Current Assets: | $79,058.00 |
| **TOTAL CURRENT ASSETS:** | **$48,044,958.00** |

### FIXED ASSETS

| | |
|---|---|
| Long-Term Investments: | $4,937,000.00 |
| Land: | $4,125,000.00 |
| Building: | |
| *Accumulated Building Depreciation:* | () |
| Machinery and Equipment: | |
| *Accumulated Machinery and Equipment Depreciation:* | () |
| Furniture and Fixtures: | |
| *Accumulated Furniture and Fixtures Depreciation:* | () |
| Other Fixed Assets: | |
| **NET FIXED ASSETS:** | **$9,062,000.00** |

### OTHER ASSETS

| | |
|---|---|
| Goodwill: | $2,200,000.00 |

**TOTAL ASSETS:** **$59,306,958.00**

## *LIABILITIES & EQUITY*

### CURRENT LIABILITIES

| | |
|---|---|
| Accounts Payable (A/P): | $9,450,683.00 |
| Accrued Wages: | $106,738.00 |
| Accrued Payroll Taxes: | $23,569.00 |

| | |
|---|---|
| Accrued Employee Benefits: | $19,348.00 |
| Interest Payable: | |
| Short-Term Notes: | |
| Current Portion of Long-Term Debt: | $643,080.00 |
| **TOTAL CURRENT LIABILITIES:** | **$10,243,418.00** |

**<u>LONG-TERM LIABILITY</u>**

| | |
|---|---|
| Mortgage: | |
| Other Long-Term Liabilities: | $9,726,055.00 |
| **TOTAL LONG-TERM LIABILITIES:** | **$9,726,055.00** |

**<u>OWNER'S EQUITY</u>**

| | |
|---|---|
| Paid-In Capital: | $25,666,706.00 |
| Net Income: | $13,670,779.00 |
| **TOTAL EQUITY:** | **$39,337,485.00** |

**TOTAL LIABILITIES & EQUITY:** **$59,306,958.00**



# KRSM INC
## Statement of Income
## For the Year Ended 12/15/2023

| | |
|---|---|
| **Revenues** | |
| Products | 464,360,769.00 |
| Less Returns and Allowances | (326,119.00) |
| Services | |
| Other | |
| **Total Revenue** | **464,034,650.00** |
| | |
| **Costs** | |
| Products | 441,881,932.00 |
| Services | |
| Other | 3,953,258.00 |
| **Total Cost** | **445,835,190.00** |
| | |
| **GROSS PROFIT** | **18,199,460.00** |
| | |
| **Operating Expenses** | |
| General and Administrative | 530,446.00 |
| Insurance | 231,426.00 |
| Non Recurring | |
| Payroll Taxes | 246,095.00 |
| Rent | 140,063.00 |
| Research and Development | 29,634.00 |
| Salaries and Wages | 1,118,635.00 |
| Sales and Marketing | 48,336.00 |
| Utilities | |
| Other | 79,008.00 |
| **Total Operating Expenses** | **2,423,643.00** |
| | |
| **OPERATING INCOME** | **15,775,817.00** |
| | |
| **Non-Operating or Other** | |
| Interest Revenue | |
| Interest Expense | |
| Gain on Sale of Assets | |
| Loss on Sale of Assets | |
| Gain from Legal Action | |
| Loss from Legal Action | |
| Depreciation and Amortization | |
| Other Gain | 77,605.00 |
| Other Loss | |
| **Total Non-Operating or Other** | **77,605.00** |
| | |
| **PRE-TAX INCOME** | **15,853,422.00** |

| | |
|---|---|
| **Taxes** | |
| Income Tax Expense | 2,182,643.00 |
| **NET INCOME** | **$13,670,779.00** |



# KRSM INC
## Statement of Cash Flows
## For the Year Ended 12/15/2023

| | |
|---|---|
| **Cash Flow from Operating Activities** | |
| Net Income | 13,670,779.00 |
| Decrease in Accounts Receivable | 235,351.00 |
| Increase in Inventory | (293,527.00) |
| Increase in Other Current Assets | (2,774.00) |
| Decrease in Notes Payable | (1,080,300.00) |
| Decrease in Accounts Payable | (4,933,898.00) |
| Increase in Taxes Payable | 2,352.00 |
| Increase in Wages Payable | 10,302.00 |
| Decrease in Other Current Liabilities | (37,533.00) |
| **Cash Provided by/Used in Operating Activities** | **7,570,752.00** |
| | |
| **Cash Flow from Investing Activities** | |
| Expenditure on Land | (4,125,000.00) |
| **Cash Provided by/Used in Investing Activities** | **4,125,000.00** |
| | |
| **Cash Flow from Financing Activities** | |
| **Cash Provided by Financing Activities** | **0.00** |
| | |
| **Net Increase in Cash** | **3,445,752.00** |
| | |
| **Beginning Cash Balance** | 27,454,978.00 |
| | |
| **Cash at 12/15/2023** | **30,900,730.00** |
| **Supplemental Information** | |
| Cash Paid for Income Taxes | 2,182,643.00 |

