# EXHIBIT C

MANSFIELD OIL COMPANY OF GAINESVILLE, INC.

# ELECTRONIC FUNDS TRANSFER (EFT) AUTHORIZATION AGREEMENT

KRSM INC
Customer Name

1601 Princeton ave
Street

6 lenn road
P.O. Box

Lawrenceville NJ 08648
City State Zip

Mansfield Customer Account Number

accountin@upssites.com
Customer E-mail Address

Customer Fax Number

KRSM INC (“Customer”) does hereby authorize Mansfield Oil Company of Gainesville, Inc. (Mansfield”) to initiate debit and/or credit entries to Customer’s checking account indicated below and does further authorize the depository institution (Bank) named below to debit and/or credit such entries to the customer’s account.

Bank Name M&T Bank
Bank Address 1817 Street rd
Bank Routing Number [redacted]2955
Customer Bank Account Number [redacted]7805
Bank Contact Person Kiara
Bank Telephone Number 215-639-0750

This authorization shall remain in effect until terminated upon thirty (30) days’ prior written notice by either Customer or Mansfield to such other party and to the above-named Bank. Notice of termination shall in no way affect debit and/or credit entries initiated prior to actual receipt of notice. This EFT program can be terminated by Mansfield at any time.

The amount authorized to be drawn on said checking account by Mansfield shall be the amount of all unpaid invoices of Mansfield for motor fuel and other petroleum products delivered by Mansfield to customer from time to time.

Customer further agrees to maintain its checking account with sufficient sums therein to cover the payments herein authorized.

Customer agrees that the Bank’s rights regarding each such EFT shall be the same as if it were a check drawn on it and signed personally by the customer or by any of customer’s officers or other authorized persons. Customer agrees that Bank shall be fully protected in honoring all such electronic fund transfers.

All credit and other terms and requirements between Customer and Mansfield shall be unaffected hereby:

CUSTOMER AUTHORIZATION

| Authorized Signature of Customer exactly as it appears on Bank Records | Title: President | Date: 1-25-2022 |
|---|---|---|
| Signature (if needed) Title: President | Date: 1-25-2022 | Authorized |

Please complete this form and return the original to Mansfield’s billing office. The copy should be retained for Customer’s records.

Upon receipt of this fully executed EFT Authorization Agreement, customer will be informed by letter of the effective date that drafts will begin against the account. All charges and credits to customer’s account prior to the EFT date must be paid by check.

***** ATTACH COPY OF VOIDED BLANK CUSTOMER CHECK *****

Wholesale Marketing Representative: Zach Harrell