**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MANSFIELD OIL COMPANY OF GAINESVILLE, INC.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-6072** |
| | : | |
| **KRSM INC., ET AL.** | : | |

**ORDER**

This 3rd day of September, 2026, it is hereby **ORDERED** that the parties shall meet and confer and provide to the Court a proposed schedule for discovery no later than September 11, 2026. Failure to cooperate in this process will result in the Court establishing deadlines without input from counsel.

/s/ Gerald Austin McHugh
United States District Judge