**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., | : | Civil Action No. 2:26-cv-06072-GAM |
| Plaintiff, | : | |
| v. | : | |
| KRSM INC. and SYED KAZMI, | : | |
| Defendants. | : | |

**INDEX OF EXHIBITS TO JOINT RULE 26(f) REPORT**

| | |
|---|---|
| Exhibit 1: | Commercial Credit Application |
| Exhibit 2: | Electronic Funds Transfer (EFT) Authorization Agreement |
| Exhibit 3: | KRSM's 2023 Consolidated Financial Statement |
| Exhibit 4: | E.D. Pa. Order Governing E-Discovery |