# EXHIBIT 1

***Mansfield Oil Company of Gainesville, Inc.***
1025 Airport Parkway, S.W., Gainesville, GA 30501
Tel. 1-800-708-3048 Fax 678-450-2318
e-mail: creditsetups@mansfieldoil.com

# Commercial Credit Application

Terms: Net 10 Days from Delivery Date

Company Name KRSM INC
Mailing Address 1601 Princeton ave
City Lawrenceville State NJ Zip 08648
Tel # 215-278-4111 Email accounting@upssites.com
Estimated monthly usage in gallons: 1,200,000
FEIN 38-4042718
Check One: ☑ Corporation ☑ Proprietorship ☑ Partnership ☑ Other ______
Type of Business: Whoelsale Fuel
Dunn & Bradstreet # ______

## Officers/Principals

Full Name Syed Kazmi
Title President

Full Name ______
Title ______

## References

Bank Name M and T bank
Address 1817 Street rd bensalem, PA
Contact Person Klara

Tel # (215) 639-0750
Fax # ______
Acct. # ______

## Trade References

| Name & Contact | Tel # |
|---|---|
| Sunoco LP | 610-247-8417 |
| United energy plus terminals | 610-905-3372 |
| | |
| | |

Fiscal Year End Financial Statement as of 2020 attached (please attach a copy).

IRS Form W-9 attached (please attach a copy).

The undersigned hereby: (i) certifies that all information on this application and attachment(s) is true and accurate for the purpose of obtaining credit; and (ii) gives their authorization for Mansfield Oil Company of Gainesville, Inc.("Mansfield") to check the references listed herein and/or on the attachment for the purpose of obtaining credit from Mansfield. In the event Mansfield extends credit to Company hereunder, and Company thereafter purchases fuel from Mansfield, Company hereby agrees that it shall be responsible to pay Mansfield for such fuel. Mansfield reserves the right to assess late payment charges or interest at the maximum rate allowable under state law on all unpaid past due balances. The undersigned hereby agrees to reimburse Mansfield for all collection expenses, including reasonable attorney's fees, incurred in connection with the collection of any amounts properly due to Mansfield.

Date: 1-25-2022
By: Syed Kazmi
Printed Name of Authorized Officer

[signature]
Signature of Authorized Officer

Wholesale Marketing Representative: Zach Harrell