IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., Plaintiff, | : |
| v. | : Civil Action No. 2:26-cv-06072-GAM |
| KRSM INC. and SYED KAZMI, Defendants. | : |

**ORDER**

AND NOW, this ______ day of ____________________, 2026, upon consideration of Defendant KRSM Inc.'s Motion to Dismiss, and any response thereto, the Motion is GRANTED as set forth below:

A. The Complaint is DISMISSED as to Defendant Syed Kazmi.

B. Counts II, V and VI of the Complaint are DISMISSED;

C. Paragraphs 13-14 are STRICKEN

D. The claim for punitive damages at paragraph 60 of the Complaint is DENIED and DISMISSED.

BY THE COURT:

_____________________________________

Gerald A. McHugh, J.