**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 2:26-cv-06072-GAM |
| KRSM INC. and SYED KAZMI, | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF ERRATA AND OF FILING OF CORRECTED DECLARATION OF URS BRODERICK FURRER**

Plaintiff Mansfield Oil Company of Gainesville, Inc. ("Mansfield") respectfully gives notice of the corrections set out below to (i) Plaintiff's Motion for an Order to Show Cause Why Defendants Should Not Be Held in Civil Contempt and the supporting Memorandum of Law (ECF No. 37); (ii) the Declaration of Urs Broderick Furrer filed in support of that Motion (ECF No. 37-1); and (iii) Brief in Support of Motion(ECF No. 40-2). Mansfield files herewith the Corrected Declaration of Urs Broderick Furrer (the "Corrected Declaration"), which supersedes ECF No. 37-1. The corrections do not alter the relief Mansfield requests. Mansfield regrets the errors.

**A. The Corrected Declaration (superseding ECF No. 37-1)**

The Corrected Declaration retains the paragraph numbering of ECF No. 37-1 and makes the following corrections:

1. Paragraph 2 (date of ruling). ECF No. 37-1 stated that the Order was announced in open court on August 28, 2026 and docketed the following day. The Court announced its ruling in open court on August 27, 2026, at the conclusion of the hearing, and entered the written Order (ECF No. 35) on August 28, 2026.

2. Paragraph 3 and Exhibit B (notice to M&T Bank). ECF No. 37-1 stated that the Order of August 28, 2026 was personally served on an Associate Banker at M&T Bank's branch at 1817 Street Road, Bensalem, Pennsylvania, and described Exhibit B as proof

of that service. That was incorrect. The description was of the personal service of the Temporary Restraining Order (ECF No. 10) at that branch on August 21, 2026, reflected in the affidavit of service at ECF No. 13. The Order of August 28, 2026 was transmitted by email that day to M&T Bank's Legal Document Processing department, which acknowledged in writing on August 31, 2026: "Order received and file has been updated." Corrected Exhibit B consists of both emails.

3. Paragraph 4 and Exhibit C (account balance). ECF No. 37-1 misstated the date of M&T Bank's communication as "August 31 2006" and described the balance as of September 1, 2026, and Exhibit C as filed did not include the Bank's earlier message stating the balance — conform to the filed exhibit. On August 27, 2026, M&T Bank's Legal Document Processing department reported to the office of Plaintiff's counsel, by secure email, that the balance of the account ending in 7805 was $589,513.68. On August 31, 2026, in response to an inquiry whether the account holder had deposited the amount required by the Order, the Bank confirmed in writing: "The balance has not changed from the last answer I sent over to you." Corrected Exhibit C is the complete email chain, including the August 27, 2026 message, with the account number redacted under Fed. R. Civ. P. 5.2(a)(4).

4. Paragraphs 5 and 6 (conforming changes). Paragraph 5 now cites Defendant Kazmi's testimony that he has access to the account (Hearing Tr. at 87) and states the no-deposit fact by reference to the Bank's reports of August 27 and August 31, 2026. Paragraph 6 now reflects that the 5:13 p.m. response of September 1, 2026 was sent by Defendants' counsel.

The balance reported by M&T Bank, $589,513.68, is the same figure stated in ECF No. 37 and ECF No. 37-1, and the resulting shortfall of $2,160,486.32 below the $2,750,000 required by the Order is unchanged.

**B. Corrections to the Motion and Memorandum of Law (ECF No. 37)**

Citations in ECF No. 37 to the "Furrer Contempt Decl." and the "Furrer Decl." should be read as citations to the Corrected Declaration, whose paragraph and exhibit numbering is unchanged. ECF No. 37 is further corrected as follows:

| Location | As Filed | As Corrected |
|---|---|---|
| Motion ¶ 2 (ECF p. 1) | "The Order was entered on August 28, 2026, docketed the same day, and was served on Defendants' counsel and on M&T Bank. Furrer Contempt Decl. ¶3." | "The Court announced its ruling in open court on August 27, 2026, and entered the Order on August 28, 2026. The Order was provided to Defendants' counsel through CM/ECF and was transmitted to M&T Bank by email on August 28, 2026; M&T Bank acknowledged receipt in writing on August 31, 2026. Corrected Furrer Decl. ¶¶ 2–3." |
| Motion ¶ 3 (ECF p. 2) | "As of September 1, 2026, the balance of the account ending in 7805 was $589,513.68, $2,160,486.32 below the $2,750,000 the Order requires Defendants to maintain. Furrer Contempt Decl. ¶4 and Exhibit C. Defendants have deposited nothing into the account since the Order was entered. Id." | "As of August 31, 2026, M&T Bank reported that the balance of the account ending in 7805 was $590,513.68, $2,160,486.32 below the $2,750,000 the Order requires Defendants to maintain. Corrected Furrer Decl. ¶ 4. M&T Bank reported no change in that balance between August 27 and August 31, 2026. Id. ¶¶ 4–5." |
| Mem. § II (ECF p. 5) | ". . . and on August 28, after a hearing at which Defendants appeared through counsel and the Court heard several hours of evidence and testimony, vacated the TRO and granted a preliminary injunction . . ." | ". . . and, after a hearing on August 27 at which Defendants appeared through counsel and the Court heard several hours of evidence and testimony, announced its ruling from the bench and on August 28 entered an Order that vacated the TRO and granted a preliminary injunction . . ." |
| Mem. § II (ECF p. 5) | "The Order was served on M&T Bank on August 28. 2025. Furrer Contempt Decl. ¶ 3 On August 31, 2026, M&T Bank confirmed in writing that the balance of the account was $589,513.68Id., ¶ 4 and Exhibit C." | "The Order was transmitted to M&T Bank by email on August 28, 2026, and M&T Bank acknowledged receipt in writing on August 31, 2026. Corrected Furrer Decl. ¶ 3. On August 31, 2026, M&T Bank confirmed in writing that the balance of the account had not changed from the $590,513.68 it reported on August 27, 2026. Id. ¶ 4." |

| Location | As Filed | As Corrected |
|---|---|---|
| Mem. § III.A (ECF p. 7) | "Defendants' counsel was present when the Order was announced and entered; it was docketed and served the same day; and Defendant Kazmi is KRSM's president and the person who controls its accounts, and was present in the courtroom when the Court issued the Order from the Bench. Furrer Contempt Decl. ¶ 2." | "Defendants' counsel was present when the Court announced its ruling from the bench on August 27, 2026; the written Order was entered on August 28, 2026 and provided to counsel through CM/ECF; and Defendant Kazmi, KRSM's president, who testified that he has access to the account, was present in the courtroom when the Court announced its ruling. Corrected Furrer Decl. ¶¶ 2, 5; Hearing Tr. at 87." |

### C. Corrections to ECF No. 40-2

| Location | As Filed | As Corrected |
|---|---|---|
| ECF p. 2 | "underfunded by approximately $2.25 million" | "underfunded by approximately $2.16 million" |
| ECF p. 4 | "M&T Bank advises that only $589,523.68 is in the account" | "M&T Bank advised on August 31, 2026 that only $590,513.68 was in the account" |
| ECF p. 4 | "the account contains only $589,523.68" | "the account contained only $590,513.68 as of August 31, 2026" |

Mansfield respectfully requests that the Court consider ECF Nos. 37 and 40-2 as corrected above, together with the Corrected Declaration filed herewith.

Dated: Danbury, Connecticut
September 15, 2026

HARRITON & FURRER, LLP

_/s/ Urs Broderick Furrer_
URS BRODERICK FURRER, ESQ.
Attorneys for Plaintiff
83 Wooster Heights Road, Suite 125
Danbury, Connecticut 06810
(914) 730-3400
UBFurrer@HFLawLLP.com
PA Bar # 312832

*<u>/s/ Frederick P. Santarelli</u>*
FREDERICK P. SANTARELLI
KYLE M. ELLIOTT
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
215.977.1000 (phone)
FPSantarelli@elliottgreenleaf.com
kme@elliottgreenleaf.com

*Counsel for Plaintiff Mansfield Oil Company of Gainesville, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on September [__], 2026, I caused the foregoing Notice of Errata, together with the Corrected Declaration of Urs Broderick Furrer and its exhibits, to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and to be served by electronic mail upon Paul J. Toner, Esq., Toner Law Group, PLLC, paul@tonerlaw.com, and Mauro G. Tucci, Jr., Esq., Chiesa Shahinian & Giantomasi PC, mtucci@csglaw.com, counsel for Defendants KRSM Inc. and Syed Kazmi.

/s/ Urs Broderick Furrer
URS BRODERICK FURRER, ESQ.