**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MANSFIELD OIL COMPANY OF GAINESVILLE, INC.** | : | |
| **v.** | : | **CIVIL ACTION NO. 26-6072** |
| **KRSM, ET AL.** | : | |

**SCHEDULING ORDER**

This 16th day of September, 2026, upon review of the parties' Rule 26 Report, it is hereby **ORDERED** as follows:

1. All factual discovery shall be completed by **January 4, 2027.**[1]
2. Affirmative expert reports for any party shall be due by **February 1, 2027.**
3. Responsive expert reports for any party shall be due by **March 1, 2027.**
4. Rebuttal or supplemental expert reports, if any, shall be produced as promptly as possible after the need for such reports is identified, and must be served sufficiently in advance of the Final Pretrial Conference to allow for a meaningful response.
5. Expert depositions may be conducted any time until the Final Pretrial Conference.
6. Dispositive motions, if any, shall be due by **April 9, 2027.**
7. This case shall be deemed ready for the scheduling of a Final Pretrial Conference as of **June 14, 2027.**

**Notice:** Throughout the course of this litigation, counsel should refer to Judge McHugh's Guidelines for Counsel, which can be found on the Court's website, for assistance with efficient management of this case.

/s/ Gerald Austin McHugh
United States District Judge

[1] The Court can discern no reason to stage or limit discovery.