**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., | : | Civil Action No. 2:26-cv-6072-GAM |
| Plaintiff, | : | |
| v. | : | |
| KRSM INC. and SYED KAZMI, | : | |
| Defendants. | : | |

**PLAINTIFF MANSFIELD OIL COMPANY OF GAINESVILLE, INC.'S**
**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO CONDUCT DISCOVERY**

In accordance with Local Civil Rule 7.4(a), Plaintiff, Mansfield Oil Company of Gainesville, Inc. ("Plaintiff" or "Mansfield"), in light of the Court's September 16, 2026, Scheduling Order (ECF 46), hereby withdraws its September 3, 2026 Motion for Leave to Conduct Discovery (ECF 40), as moot based on the Court's Scheduling Order. (ECF 46.)

Respectfully submitted,

Dated: September 16, 2026

HARRITON & FURRER, LLP

*/s/ Urs Broderick Furrer*
URS BRODERICK FURRER, ESQ.
Attorneys for Plaintiff
83 Wooster Heights Road, Suite 125
Danbury, Connecticut 06810
(914) 730-3400
UBFurrer@HFLawLLP.com
PA Bar # 312832

*/s/ Frederick P. Santarelli*
FREDERICK P. SANTARELLI
KYLE M. ELLIOTT
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
215.977.1000 (phone)
FPSantarelli@elliottgreenleaf.com
kme@elliottgreenleaf.com

*Counsel for Plaintiff Mansfield Oil Company of Gainesville, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record *via* the Court's electronic filing system.

*/s/ Frederick P. Santarelli*
FREDERICK P. SANTARELLI

Dated: September 16, 2026