**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MANSFIELD OIL COMPANY OF GAINESVILLE, INC.,** | : | |
| **Plaintiff,** | : | **Civil Action No. 2:26-cv-6072-GAM** |
| **v.** | : | |
| **KRSM INC. and SYED KAZMI,** | : | |
| **Defendants.** | : | |

**PLAINTIFF MANSFIELD OIL COMPANY OF GAINESVILLE, INC.'S**
**NOTICE OF INTENT TO AMEND COMPLAINT**

Pursuant to Local Civil Rule 7.1(c), Plaintiff, Mansfield Oil Company of Gainesville, Inc., files this Notice of intent to amend the complaint pursuant to Rule 15, following Defendants' having filed, on September 11, 2026, a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (ECF 43). Defendants' Motion to Dismiss is, therefore, moot.

Respectfully submitted,

Dated: September 21, 2026

HARRITON & FURRER, LLP

*/s/ Urs Broderick Furrer*

URS BRODERICK FURRER, ESQ.
Attorneys for Plaintiff
83 Wooster Heights Road, Suite 125
Danbury, Connecticut 06810
(914) 730-3400
UBFurrer@HFLawLLP.com
PA Bar # 312832

*/s/ Frederick P. Santarelli*
FREDERICK P. SANTARELLI
KYLE M. ELLIOTT
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
215.977.1000 (phone)
FPSantarelli@elliottgreenleaf.com
kme@elliottgreenleaf.com

*Counsel for Plaintiff Mansfield Oil Company of Gainesville, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record *via* the Court's electronic filing system.

*/s/ Frederick P. Santarelli*
FREDERICK P. SANTARELLI

Dated: September 21, 2026