**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MANSFIELD OIL COMPANY OF GAINESVILLE, INC.,** <br> **Plaintiff,** <br> **v.** <br> **KRSM INC. and SYED KAZMI,** <br> **Defendants.** | **Civil Action No. 2:26-cv-6072-GAM** |

**PLAINTIFF MANSFIELD OIL COMPANY OF GAINESVILLE, INC.'S**
**NOTICE SEEKING ISSUANCE OF SUMMONSES**

Pursuant to Local Civil Rule 5.1.2(2)(e), Plaintiff, Mansfield Oil Company of Gainesville, Inc. ("Plaintiff" or "Mansfield"), files this Notice with the Clerk of Court seeking issuance of summonses for the new Defendants named in Plaintiff's Amended Complaint: Shamikh Kazmi, Universal Property Services, Inc., Universal Group Company, Inc., Universal Group Company Leaseholds, Inc., and Universal Group Company 1636 Holdings, Inc.

Respectfully submitted,

Dated: September 24, 2026

HARRITON & FURRER, LLP

*/s/ Urs Broderick Furrer*
URS BRODERICK FURRER, ESQ.
Attorneys for Plaintiff
83 Wooster Heights Road, Suite 125
Danbury, Connecticut 06810
(914) 730-3400
UBFurrer@HFLawLLP.com
PA Bar # 312832

*<u>/s/ Frederick P. Santarelli</u>*
FREDERICK P. SANTARELLI
KYLE M. ELLIOTT
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
215.977.1000 (phone)
FPSantarelli@elliottgreenleaf.com
kme@elliottgreenleaf.com

*Counsel for Plaintiff Mansfield Oil Company of Gainesville, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been filed electronically and is available for viewing and downloading from the ECF System.

*/s/ Urs Broderick Furrer*
URS BRODERICK FURRER, ESQ.

Dated: September 24, 2026