**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MANSFIELD OIL COMPANY OF GAINESVILLE, INC.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-6072** |
| | : | |
| **KRSM INC., ET AL.** | : | |

**ORDER**

This 24th day of September, 2026, Plaintiff having filed an Amended Complaint, it is hereby **ORDERED** that Defendants' Motion to Dismiss Complaint (ECF 43) is **DENIED** as **MOOT**.

/s/ Gerald Austin McHugh
United States District Judge