# EXHIBIT 2

HF

**HARRITON & FURRER, LLP**
ATTORNEYS AND COUNSELORS AT LAW
(914) 730-3400 · (914) 730-3405 (Facsimile)
www.hflawllp.com

URS BRODERICK FURRER, P.C. (NY, NJ, CT, MA, PA & VA)
KIMBERLY A. SANFORD, P.C. (NY, CT & NJ)
KEITH S. HARRITON, OF COUNSEL (NY & CT)
JEFFREY S. McGREGOR (NY & CT)

**CONNECTICUT ADDRESS:**
83 WOOSTER HEIGHTS ROAD, SUITE 125
DANBURY, CONNECTICUT 06810

**NEW YORK ADDRESS:**
1 MANHATTANVILLE ROAD
BUILDING 1, SUITE 104
PURCHASE, NEW YORK 10577

September 17, 2026

**VIA ELECTRONIC MAIL**

Paul J. Toner, Esq.
Toner Law Group, PLLC
One Penn Square West
30 S. 15th Street, Suite 1601
Philadelphia, PA 19102
paul@tonerlaw.com

Re: Mansfield Oil Company of Gainesville, Inc. v. KRSM Inc. and Syed Kazmi,
No. 2:26-cv-06072-GAM (E.D. Pa.)

Dear Mr. Toner:

We have addressed your objection regarding advance notice of the subpoenas on M&T Bank, UPS and Freedom Fuels, and forwarded to you the correspondence confirming they were withdrawn.

This shall constitute and confirm additional formal "notice" to you, under Rule 45(a)(4), that we are re-serving those subpoenas, along with subpoenas to MR3, Shamikh Kazmi, Universal Group Company and Winsom Trucking, copies which are attached hereto.

Very truly yours,

*s/ Urs Broderick Furrer*
URS BRODERICK FURRER

UBF/jp
cc: Fred Satarelli, Esq. (via email)
Mauro Tucci, Esq. (via email)
George S. Gosset, Jr., Esq (via email)