IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., | : | |
| Plaintiff, | : | Civil Action No. 2:26-cv-06072-GAM |
| v. | : | |
| KRSM INC.; SYED KAZMI, et al, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this ____ day of ___________, 2026, upon consideration of Defendants' Motion to Dismiss the First Amended Complaint, the accompanying Memorandum of Law, and any response, it is hereby ORDERED that the Motion is GRANTED as follows:

1. All claims against Defendant Syed Kazmi are DISMISSED with prejudice, and Syed Kazmi is DISMISSED from this action.

2. Counts II, IV, V, VI, and VII of the First Amended Complaint are DISMISSED with prejudice as against the Moving Defendants.

3. The demands for punitive damages in paragraphs 117, 127, and 137 of the First Amended Complaint are DISMISSED or STRICKEN.

4. Paragraphs 9, 13, and 39 through 41 of the First Amended Complaint are STRICKEN pursuant to Rule 12(f).

BY THE COURT:

__________________________
Gerald A. McHugh, J.