# Exhibit "A"

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/01/2026
CT Log Number 553554036

## Service of Process Transmittal Summary

**TO:** Randy Brown
FREEDOM FUELS NETWORK, LLC
5 GREENHILL CT
MARLTON, NJ 08053-5379

**RE:** **Process Served in Delaware**

**FOR:** FREEDOM FUEL NETWORK, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Mansfield Oil Co. of Gainesville, Inc. vs. KRSM Inc. |
| **CASE #:** | 226CV06072GAM |
| **NATURE OF ACTION:** | Subpoena - Business records |
| **PROCESS SERVED ON:** | The Corporation Trust Company, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/01/2026 at 10:32 |
| **JURISDICTION SERVED:** | Delaware |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780128454809<br>Image SOP |
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br>877-467-3525<br>SmallBusinessTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Mansfield Oil Co. of Gainesville, Inc.
*Plaintiff*
v.
KRSM Inc., Syed Kazmi
*Defendant*

Civil Action No. 2:26-cv-06072-GAM

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: FREEDOM FUEL NETWORK LLC
1209 Orange Street, Wilmington, DE 19801

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached Schedule A

| Place: Offices of Elliott Greenleaf, P.C.Union: 925 Harvest Drive, Suite 300, Blue Bell, PA 19422 (See also Instruction #8) | Date and Time: 10/09/2026 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/17/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

/s/ Urs Broderick Furrer
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Mansfield Oil Co. of Gainesville, Inc., who issues or requests this subpoena, are:

Urs Broderick Furrer, 83 Wooster Heights Road, Ste 125, Danbury, CT 06810, UBFurrer@hflawllp.com, (914) 730-3400

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).