# EXHIBIT A

**From:** Urs Broderick Furrer
**To:** "Harris, Reginald L."
**Cc:** Joan Plouffe
**Subject:** RE: Mansfield Oil Co. v. KRSM Inc., 226CV06072GAM - Subpoena to Freedom Fuel Network LLC
**Date:** Friday, October 9, 2026 9:48:00 AM

Good morning, Reggie,

Thanks for the call. We are in agreement.

Very truly yours,
Urs Broderick Furrer, Esq.

**HARRITON & FURRER, LLP**
(914) 730-3400 · (914) 589-7351 (mobile) · (914) 730-3405 (facsimile)
http://www.hflawllp.com/
https://www.linkedin.com/in/ursbroderickfurrer

**PLEASE USE CONNECTICUT ADDRESS FOR ALL MAILINGS · BOTH OFFICES BY APPOINTMENT ONLY**

**CONNECTICUT ADDRESS:**
83 Wooster Heights Road, Suite 125
Danbury, Connecticut 06810

**NEW YORK ADDRESS:**
1 Manhattanville Road
Building 1, Suite 104
Purchase, New York 10577

HF

THE INFORMATION IN THIS ELECTRONIC MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) AND/OR ENTITY(IES) NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE ON NOTICE THAT ANY UNAUTHORIZED DISCLOSURE, COPYING, DISTRIBUTION, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THE ELECTRONICALLY TRANSMITTED MATERIALS IS PROHIBITED AND MAY BE UNLAWFUL. IF YOU ARE NOT AN INTENDED RECIPIENT, PLEASE DELETE THIS E-MAIL, INCLUDING ATTACHMENTS, AND NOTIFY ME BY RETURN MAIL, E-MAIL OR AT (914) 730-3400.

---

**From:** Harris, Reginald L. <reginald.harris@stinson.com>
**Sent:** Friday, October 9, 2026 9:47 AM
**To:** Urs Broderick Furrer <UBFurrer@hflawllp.com>
**Subject:** Mansfield Oil Co. v. KRSM Inc., 226CV06072GAM - Subpoena to Freedom Fuel Network LLC

**[External Email]**

Urs,

Thank you for taking my call this morning. As I mentioned, I represent Freedom Fuel Network LLC ("FFN") in connection with the above referenced subpoena.

Per our discussion, this email is to confirm that you have agreed to extend the deadline stated in the subpoena for FFN to respond by an additional two weeks. In addition, after the two weeks, if FFN still needs more time, we can discuss an additional extension.

Please feel free to contact me if you have any questions.

Thanks,
Reggie

**Reginald L. Harris**
Partner
Pronouns: He/Him

STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105-1821
Direct: 314.345.7096

Assistant: STL.LSSTeam10@stinson.com \ 314.345.7040

**STINSON.COM**
This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.