# EXHIBIT B

| | |
|---|---|
| **From:** | Kyle M. Elliott |
| **To:** | Paul Toner; Fred Santarelli; Mauro Tucci; George Gossett |
| **Cc:** | Urs Broderick Furrer; Jeffrey S. McGregor |
| **Subject:** | Mansfield v KRSM, et. al. (E.D. Pa.) |
| **Date:** | Monday, October 12, 2026 10:46:06 AM |

**[External Email]**

Dear Paul:

Please be advised that Freedom Fuel Network has requested a two-week extension of time to comply with the document subpoena, which Mansfield has granted as a professional courtesy. When Mansfield receives documents responsive to the subpoena, it will produce them to all parties.

Very truly yours,

Kyle M. Elliott, Esquire
Elliott Greenleaf, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
Telephone: (215) 977-1043
Telecopier: (215) 977-1099
kme@elliottgreenleaf.com
www.elliottgreenleaf.com
==================================================================
CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank you.