# EXHIBIT C

| | |
|---|---|
| **From:** | Kazmi . |
| **To:** | Zach Harrell |
| **Cc:** | Syed Kazmi (sk@ugcbrands.com); Marc Greenberg; CreditSetups; Chris Stuck |
| **Subject:** | Re: KRSM Inc. - Need Financials |
| **Date:** | Monday, October 13, 2025 10:59:23 AM |
| **Attachments:** | Outlook-MansfieldL.png<br>Outlook-MansfieldL.png |

I'll have it to you

On Mon, Oct 13, 2025, 10:57 AM Zach Harrell <ZHarrell@mansfieldoil.com> wrote:

> Good morning Syed,
>
> Can you please send over FY24 financials in response to this email at your earliest convenience? Due to not receiving the last financials we had to reduce your credit to $50k but will raise it back as soon as we recieve your new financials. Our credit team was having difficulty getting ahold of the correct party and we were not getting a response. We are in need of the financials to conduct our annual credit review. Thank you very much for your prompt assistance.
>
> Best regards,
>
> Zachary Harrell
> Sr. Wholesale Marketing Representative
> Mansfield Oil Company
> 717.318.0653 (m)
> zharrell@mansfieldoil.com
> ICE: zaharrell
>
> Fuel News - Daily Market News and Insights
>
> Reach me on LinkedIn.
>
> MansfieldLogo
>
> CONFIDENTIAL
> The information contained in this electronic message is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of

> this electronic message is strictly prohibited. If you have received this electronic message in error, please notify me immediately at the above listed telephone number(s) and delete the original message.