# EXHIBIT D

| | |
|---|---|
| **From:** | Jimmy Martelli |
| **To:** | Jimmy Martelli |
| **Subject:** | Approval 20260612 |
| **Date:** | Friday, June 12, 2026 3:12:03 PM |
| **Attachments:** | image001.png<br>image002.png<br>Policy number 5125587 Mansfield Oil Company Of Gainesville Inc. - EHID 0147736253 - KRSM Inc. - Reference - United States - CLAGR.pdf |

Good afternoon,

Based on the attached insurance policy, I approve a $150,000 limit for KRSM Inc.
Policy #: 147736253
Amount: $150K
Grade: 6

Thank you,

**Jimmy Martelli**
*Senior Credit Analyst*
Mansfield Energy
Office: (678) 450- 2235
1025 Airport Pkwy, Gainesville, GA 30501