**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**MANSFIELD OIL COMPANY OF GAINESVILLE, INC.,**

**Plaintiff,**

**v.**

**KRSM INC., SYED KAZMI, SHAMIKH KAZMI, UNIVERSAL PROPERTY SERVICES, INC., UNIVERSAL GROUP COMPANY, INC. UNIVERSAL GROUP COMPANY LEASEHOLDS, INC., and UNIVERSAL GROUP COMPANY 1636 HOLDINGS, INC.,**

**Defendants.**

**: Civil Case No.: 2:26-cv-06072-GAM**

# ORDER

This ____ day of ________, 2026, upon consideration of Defendants KRSM, Inc., and Syed Kazmi's Motion to Dismiss (ECF 56), Plaintiff Mansfield Oil Company of Gainesville, Inc.'s First Amended Complaint (ECF 52), Plaintiff's response in opposition, and any reply in support, it is hereby **ORDERED** as follows:

1. Defendants KRSMI, Inc., and Syed Kazmi's Motion (ECF 56) is **DENIED** in full.

2. Defendants KRSMI, Inc., and Syed Kazmi are directed to file an Answer to the Amended Complaint pursuant to the Federal Rules of Civil Procedure.

____________________________
United States District Judge
Gerald Austin McHugh