Mauro G. Tucci Jr. (Admitted *pro hac vice*)
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
P: (973) 530-2088
F: (973) 325-1501
mtucci@csglaw.com
*Withdrawing Counsel for Defendants*
*KRSM Inc. & Syed Kazmi*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KRSM INC.; SYED KAZMI; SHAMIKH KAZMI; UNIVERSAL PROPERTY SERVICES, INC.; UNIVERSAL GROUP COMPANY, INC.; UNIVERSAL GROUP COMPANY LEASEHOLDS, INC.; and UNIVERSAL GROUP COMPANY 1636 HOLDINGS, INC.,<br><br>Defendants | Case No.: 2:26-cv-06072-GAM<br><br>**PRAECIPE TO WITHDRAW APPEARANCE** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Kindly withdraw the appearance of Mauro G. Tucci Jr., Esquire, of the law firm Chiesa Shahinian & Giantomasi PC, as counsel for Defendants KRSM Inc. and Syed Kazmi in the above-captioned matter.

Pursuant to Local Civil Rule 5.1(b) of the United States District Court for the Eastern District of Pennsylvania, no leave of Court is required for this withdrawal. Defendants KRSM Inc. and Syed Kazmi are, and will continue to be, represented of record in this matter by George Gossett, Jr.,

Esquire, and by Paul J. Toner, Esquire, of Toner Law Group, PLLC, each of whom previously entered an appearance for those Defendants and continues to represent them. Accordingly, no Defendant is left without counsel as a result of this withdrawal.

Respectfully submitted,

Dated: November 13, 2026

CHEISA SHAHINIAN & GIANTOMASI PC

By: */s/ Mauro G. Tucci Jr.*
Mauro G. Tucci Jr. (admitted *pro hac vice*)

105 Eisenhower Parkway
Roseland, New Jersey 07068

*Withdrawing Counsel for Defendants*
*KRSM Inc. & Syed Kazmi*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a true and correct copy of the foregoing Praecipe to Withdraw Appearance was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including the following:

Frederick P. Santarelli, Esquire
Elliott Greenleaf, P.C.
Union Meeting Corporate Center V, Suite 300
925 Harvest Drive, Suite 300
P.O. Box 3010 Blue Bell, PA 19422
*Counsel for Plaintiff*

George Gossett, Jr., Esquire
100 S. Broad Street, Suite 1523
Philadelphia, PA 19110
*Counsel for Defendants*

Paul J. Toner, Esquire
Toner Law Group, PLLC
One Penn Square West
30 S. 15th Street, Suite 1601
Philadelphia, PA 19102
*Counsel for Defendants*

Dated: November 13, 2026

*/s/ Mauro G. Tucci Jr.*
Mauro G. Tucci Jr.